**FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**08 C 487**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HEADS AND THREADS INTERNATIONAL LLC, | ) ) ) |
| Plaintiff, | ) Civil Action No. 07 CV _____ ) |
| vs. | ) ) |
| SUMEEKO INDUSTRIES CO. LTD., | ) **TRIAL BY JURY DEMANDED** ) |
| Defendant. | ) |

**JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS**

## COMPLAINT

NOW COMES HEADS AND THREADS INTERNATIONAL LLC ("HTI"), and for its Complaint against SUMEEKO INDUSTRIES CO. LTD. ("SUMEEKO"), states as follows:

### PARTIES

1. HTI is an Illinois Limited Liability Company with its principal place of business in Illinois.

2. Sumeeko is Taiwanese company with its principal place of business in Taiwan.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because the matter in controversy exceeds $75,000.00, exclusive interest and costs, and is between citizens of different states.

4. Venue is proper in this District Court pursuant to 28 U.S.C. §§1391(a) and (c) because a substantial portion of the transactions and occurrences giving rise to this claim occurred in this jurisdiction, and because the parties are subject to personal jurisdiction in Illinois.

## COUNT I

5. On or about June 22, 2005 and again on or about July 15, 2005, Sumeeko contracted to provide fasteners – namely, Grade 5 Hex Cap Screws (referred to herein as the "Product") – pursuant to the purchase orders attached hereto as Exhibits A (P.O. No. 4600604261 in the amount of US$167,745.35) and B (P.O. No. 4601604106 in the amount of US$1,531,995.24). Collectively, these purchase orders are referred to as the "Purchase Orders."

6. Pursuant to the terms of the Purchase Orders, Sumeeko "guarantee[d] that the material is to be manufactured in accordance with" certain specified standards.

7. Pursuant to each of the Purchase Orders, HTI's "prior approval of samples, inspection by [HTI] representatives, or acceptance of delivery of this order, in no way relieves the Seller of the aforementioned understanding of the Seller's obligation to honor valid quality complaints."

8. Sumeeko shipped the Product to HTI in or around January of 2006. Quality testing upon receipt revealed that substantial portions of the total Product either contained unacceptable manufacturing defects and/or failed to conform to the requisite standards and specifications (this product is referred to as the "Defective Product") or was included in substantially non-conforming lots such that the Product could not be relied on as meeting the warranted standards and specifications. Among other things, the Defective Product failed to conform to the warranted Industrial Fastener Institute (IFI) specifications, including the requisite IFI core hardness specifications.

9. HTI has made repeated demands that Sumeeko reasonably cure the defects and deficiencies in the Defective Product in a timely and seasonable manner. In response, Sumeeko acknowledged that the Defective Product failed to conform to the requisite standards and

repeatedly assured that it would seasonably cure these defects and deficiencies. However, Sumeeko has failed to do so to date.

10. HTI has formally notified Sumeeko that Sumeeko has breached its obligations under the Purchase Orders, that HTI has revoked any acceptance of the Product, and has demanded that Sumeeko return the purchase price paid by HTI with respect to the Defective Product. Sumeeko has failed and refused to return HTI's money.

11. As a direct and proximate result of Sumeeko's breach of contract, HTI has incurred damages in an amount in excess of $75,000, the exact amount of which will be established at the time of judgment or trial.

12. In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgment.

## COUNT II

13. HTI incorporates by reference the allegations contained in Paragraphs 1-12 as if set forth fully herein.

14. Sumeeko expressly and impliedly warranted to HTI that the Product would be of a merchantable quality and free from any defects and ready for use. HTI relied on the truth of this warranty.

15. The Product supplied by Sumeeko was not of a merchantable quality, but instead contained a number of defects and deficiencies and was not ready for use, as Sumeeko was well aware.

16. As a direct and proximate result of Sumeeko's breach of warranty of merchantability, HTI incurred damages in an amount in excess of $75,000, which represents the

difference in the value of the Product shipped and the value of the Product if it had been as warranted by Sumeeko.

17. In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgment.

## COUNT III

18. HTI incorporates by reference the allegations contained in Paragraphs 1-12 as if set forth fully herein.

19. HTI purchased the Product for the purpose that said Product would be distributed for use as fasteners in a variety of ordinary applications for fasteners of said type.

20. Sumeeko had knowledge of the purpose of which the Product was to be used and expressly and impliedly warranted that the Product would be in all respects fit and proper for that purpose.

21. HTI relied on the warranty by Sumeeko but found that the Product was not fit for use for its particular purpose.

22. As a direct and proximate result of Sumeeko's breach of warranty of fitness for a particular purpose, HTI incurred damages in an amount in excess of $75,000, which represents the difference in the value of the Product shipped and the value of the Product if it had been as warranted by Sumeeko.

23. In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgment.

## COUNT IV

24. HTI incorporates by reference the allegations contained in Paragraphs 1-12 as if set forth fully herein.

5642330v1 821188
6275152v1 7048395

25. Sumeeko represented and certified to HTI that the Product shipped to HTI conformed to the standards and specifications called for in the Purchase Orders despite knowing that said representations and certifications by Sumeeko were false. Among other things, Sumeeko falsely certified that the Product met Grade 5 core hardness standards and otherwise complied with applicable industry standards or certifications, despite knowing that the Product did not meet these hardness and other applicable standards and certifications.

26. The Illinois Deceptive Trade Practices Act provides that a person "engages in a deceptive trade practice when, in the course of his or her business, vocation, or occupation, the person:

...

(2) *causes likelihood of confusion or of misunderstanding as to the source*, sponsorship, approval, or certification of goods or services;

(3) *causes likelihood of confusion or of misunderstanding as to affiliation, connection, or association with or certification by another*;

. . .

(5) *represents that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he or she does not have*;

. . .

(7) *represents that goods or services are of a particular standard, quality, or grade or that goods are a particular style or model, if they are of another* . . .

815 ILCS 510/2 (Emphasis added).

27. The aforementioned misrepresentations and miscertifications by Sumeeko constitute deceptive trade practices within the meaning of the Illinois Deceptive Trade Practices Act. Sumeeko's conduct was wanton and willful and warrants an award of punitive damages.

5642330v1 821188
6275152v1 7048395

28. As a direct and proximate result of Sumeeko's deceptive trade practices, HTI incurred damages in an amount in excess of $75,000, which represents the difference in the value of the Product shipped and the value of the Product if it had been as represented and certified by Sumeeko.

29. In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgement.

## PRAYER FOR RELIEF

WHEREFORE, HTI respectfully requests judgment against Sumeeko as follows:

A. Compensatory damages in the amount of $1,147,747, plus prejudgment interest on said amount;

B. Incidental and consequential damages in an amount which will be proven at trial;

C. Punitive damages in an amount which will be proven at trial;

D. Attorneys' fees and costs in an amount which will be proven at trial;

E. Post-judgment interest; and

F. Such other relief as the court deems proper.

HEADS AND THREADS INTERNATIONAL LLC

By_____s/ Andrew B. Cripe_____
One of Its Attorneys

Andrew B. Cripe
Steven Klaczynski
HINSHAW & CULBERTSON LLP
222 North LaSalle Street

- 6 -

Suite 300  
Chicago, IL  60601  
(312) 704-3000

Case 1:08-cv-00487     Document 1     Filed 01/22/2008     Page 7 of 19

5642330v1 821188  
6275152v1 7048395



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108  
Phone: (630)868-2300

| | |
|---|---|
| Ying Ming (Sumecko China)<br>Area of Jiangsu Province | Page 4<br>PO number/date<br>4600604261 / 06/22/2005 |

| Item | Material<br>Order Qty. Unit | Dimensions<br>Price / Unit | Description | Qty/Keg<br>Net Value |
|---|---|---|---|---|
| 1 | UHC515<br>720 Keg<br>144,000 pieces | 5/8-11X1-1/2<br>72.70/1,000 | HX CAP GR5<br>Delivery date 10/01/2006 | 200<br>10,468.80 |
| 2 | UHCC410ZD<br>576 Keg<br>1,728,000 pieces | 1/4-20X5/8<br>7.06/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 3000<br>12,199.68 |
| 3 | UHCC424Z<br>108 Keg<br>172,800 pieces | 1/4-20X1-1/2<br>11.94/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2006 | 1600<br>2,063.23 |
| 4 | UHCC510ZD<br>558 Keg<br>1,004,400 pieces | 5/16-18X5/8<br>11.68/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 1800<br>11,731.39 |
| 5 | UHCC512ZD<br>738 Keg<br>1,217,700 pieces | 5/16-18X3/4<br>12.76/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 1650<br>15,537.85 |
| 6 | UHCC6112ZD<br>108 Keg<br>16,200 pieces | 3/8-16X7<br>115.32/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 150<br>1,868.18 |
| 7 | UHCC614ZD<br>486 Keg<br>486,000 pieces | 3/8-16X7/8<br>17.37/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 1000<br>8,441.82 |
| 8 | UHCC618ZD<br>533 Keg<br>426,400 pieces | 3/8-16X1-1/8<br>21.58/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 800<br>9,201.71 |
| 9 | UHCC624Z<br>907 Keg<br>612,225 pieces | 3/8-16X1-1/2<br>24.82/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2006 | 675<br>15,195.42 |
| 10 | UHCC632ZD<br>720 Keg<br>396,000 pieces | 3/8-16X2<br>32.14/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 550<br>12,727.44 |
| 11 | UHCC636ZD<br>882 Keg<br>396,900 pieces | 3/8-16X2-1/4<br>39.55/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 450<br>15,697.40 |
| 12 | UHCC656ZD<br>216 Keg<br>64,800 pieces | 3/8-16X3-1/2<br>58.98/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 300<br>3,821.90 |
| 13 | UHCC744<br>486 Keg<br>145,800 pieces | 7/16-14X2-3/4<br>61.60/1,000 | HX CAP GR 5<br>Delivery date 10/01/2006 | 300<br>8,981.28 |
| 14 | UHCC836ZD<br>918 Keg<br>206,550 pieces | 1/2-13X2-1/4<br>66.07/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 225<br>13,646.76 |
| 15 | UHCF512ZD<br>432 Keg<br>712,800 pieces | 5/16-24X3/4<br>12.51/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 1650<br>8,917.13 |
| 16 | UHCF764ZD<br>315 Keg<br>63,000 pieces | 7/16-20X4<br>88.80/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2006 | 200<br>5,594.40 |



EXHIBIT "A"



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 5

PO number/date
4600604261 / 06/22/2005

| Item | Material Order Qty. Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|
| 17 | UHCF820ZD | 1/2-20X1-1/4 | HX CAP GR 5 ZD | 375 |
|  | 216 Keg | | | |
|  | 81,000 pieces | 46.20/1,000 | Delivery date 10/01/2006 | 3,742.20 |
| 18 | UHF52Z | 5/8-18X2 | HX CAP GR 5 Z | 175 |
|  | 463 Keg | | | |
|  | 81,025 pieces | 97.72/1,000 | Delivery date 10/01/2006 | 7,917.76 |
| Total pieces / pounds / kegs | | 7,955,600 / 358,301 / | | 9382 |
| Total net value excl. tax | | | USD | 167,754.35 |

Begin to ship all material against this purchase order as soon as possible and complete before promised delivery date.

This order is placed with the mutual understanding between Heads & Threads and the Seller, that the Seller guarantees that the material is to be manufactured in accordance with U.S. Standards as defined above and in the 'Description of Heads & Threads Commodities' current listing.

Heads & Threads prior approval of samples, inspection by Heads & Threads representatives, or acceptance of delivery of this order, in no way relieves the Seller of the aforementioned understanding or the Seller's obligation to honor valid quality complaints.

Each Keg must have exact standard piece count. All kegs are sold as Is.

Where Certificates of Compliance and Mill Certificates of Chemical Analysis are required, said certificates must be available at time of inspection and must be included with documents for payment. All Packing Lists and Invoices mailed to Heads & Threads must indicate -- Shipped against Purchase Order Number. This release is valid through Promised Ship date. During 30 day grace period after Promised Ship Date, advise Heads & Threads of any shipments not made against this Purchase Order Number and when delivery will be made. It is at Heads & Threads option whether to accept or cancel late delivery material.

Heads & Threads International LLC



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 4
PO number/date
4601604106 / 07/15/2005

CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS ARE REQUIRED.
*
ALL SHIPMENTS ARE REQUIRED TO BE LABELED WITH HTI BAR CODE. A 10% VALUE WILL BE DEBITED IF HTI BAR CODES ARE NOT PRESENTED.
*
+/- 10% PRODUCT TOLERANCE, MUST MEET PACKAGE QUANTITY REQUIREMENTS.
*
MANDATORY: ALL MILL PURCHASE ORDERS MUST HAVE MANUFACTURER'S LOT NUMBER AND HEAT NUMBER (FOR GRADED MATERIAL) ON THE BOX LABELS.
*

| Item | Material | Order Qty. | Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|---|---|
| 1 | UHC325Z | 180 | Keg | 3/4-10X2-1/2 | HX CAP GR 5 Z | 90 |
|  |  | 16,200 | pieces | 195.03/1,000 | Delivery date 10/01/2005 | 3,159.49 |
| 2 | UHC325Z | 144 | Keg | 3/4-10X2-1/2 | HX CAP GR 5 Z | 90 |
|  |  | 12,960 | pieces | 195.03/1,000 | Delivery date 11/17/2005 | 2,527.59 |
| 3 | UHC33ZD | 612 | Keg | 3/4-10X3 | HX CAP GR 5 ZD | 80 |
|  |  | 48,960 | pieces | 224.91/1,000 | Delivery date 10/01/2005 | 11,011.59 |
| 4 | UHC33ZD | 576 | Keg | 3/4-10X3 | HX CAP GR 5 ZD | 80 |
|  |  | 46,080 | pieces | 224.91/1,000 | Delivery date 10/17/2005 | 10,363.85 |
| 5 | UHC33ZD | 576 | Keg | 3/4-10X3 | HX CAP GR 5 ZD | 80 |
|  |  | 46,080 | pieces | 224.91/1,000 | Delivery date 12/18/2005 | 10,363.85 |
| 6 | UHC515 | 504 | Keg | 5/8-11X1-1/2 | HX CAP GR5 | 200 |
|  |  | 100,800 | pieces | 72.70/1,000 | Delivery date 10/01/2005 | 7,328.16 |
| 7 | UHC515 | 6,412 | Keg | 5/8-11X1-1/2 | HX CAP GR5 | 200 |
|  |  | 1,282,400 | pieces | 72.70/1,000 | Delivery date 10/26/2005 | 93,230.48 |
| 8 | UHC515 | 504 | Keg | 5/8-11X1-1/2 | HX CAP GR5 | 200 |
|  |  | 100,800 | pieces | 72.70/1,000 | Delivery date 12/18/2005 | 7,328.16 |
| 9 | UHC515ZD | 1,296 | Keg | 5/8-11X1-1/2 | HX CAP GR 5 ZD | 200 |
|  |  | 259,200 | pieces | 81.40/1,000 | Delivery date 10/01/2005 | 21,098.88 |
| 10 | UHC515ZD | 1,260 | Keg | 5/8-11X1-1/2 | HX CAP GR 5 ZD | 200 |
|  |  | 252,000 | pieces | 81.40/1,000 | Delivery date 10/17/2005 | 20,512.80 |
| 11 | UHC515ZD | 1,074 | Keg | 5/8-11X1-1/2 | HX CAP GR 5 ZD | 200 |
|  |  | 214,800 | pieces | 81.40/1,000 | Delivery date 12/18/2005 | 17,484.72 |
| 12 | UHC5175 | 324 | Keg | 5/8-11X1-3/4 | HX CAP GR5 | 175 |
|  |  | 56,700 | pieces | 80.65/1,000 | Delivery date 10/01/2005 | 4,572.86 |

EXHIBIT "B"



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 5
PO number/date
4601604106 / 07/15/2005

| Item | Material | Order Qty. | Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|---|---|
| 13 | UHC5175 | | | 5/8-11X1-3/4 | HX CAP GR5 | 175 |
| | | 411 | Keg | | | |
| | | 71,925 | pieces | 80.65/1,000 | Delivery date 11/17/2005 | 5,800.75 |
| 14 | UHC54Z | | | 5/8-11X4 | HX CAP GR 5 Z | 90 |
| | | 327 | Keg | | | |
| | | 29,430 | pieces | 182.25/1,000 | Delivery date 10/01/2005 | 5,363.62 |
| 15 | UHC54Z | | | 5/8-11X4 | HX CAP GR 5 Z | 90 |
| | | 324 | Keg | | | |
| | | 29,160 | pieces | 182.25/1,000 | Delivery date 11/17/2005 | 5,314.41 |
| 16 | UHCC410ZD | | | 1/4-20X5/8 | HX CAP GR 5 ZD | 3000 |
| | | 432 | Keg | | | |
| | | 1,296,000 | pieces | 7.06/1,000 | Delivery date 10/01/2005 | 9,149.76 |
| 17 | UHCC410ZD | | | 1/4-20X5/8 | HX CAP GR 5 ZD | 3000 |
| | | 360 | Keg | | | |
| | | 1,080,000 | pieces | 7.06/1,000 | Delivery date 10/17/2005 | 7,624.80 |
| 18 | UHCC410ZD | | | 1/4-20X5/8 | HX CAP GR 5 ZD | 3000 |
| | | 360 | Keg | | | |
| | | 1,080,000 | pieces | 7.06/1,000 | Delivery date 12/18/2005 | 7,624.80 |
| 19 | UHCC412ZDV2 | | | 1/4-20X3/4 | HX CAP GR 5 ZD | 2700 |
| | | 396 | Keg | | | |
| | | 1,069,200 | pieces | 7.77/1,000 | Delivery date 10/01/2005 | 8,307.68 |
| 20 | UHCC412ZDV2 | | | 1/4-20X3/4 | HX CAP GR 5 ZD | 2700 |
| | | 324 | Keg | | | |
| | | 874,800 | pieces | 7.77/1,000 | Delivery date 11/17/2005 | 6,797.20 |
| 21 | UHCC420ZD | | | 1/4-20X1-1/4 | HX CAP GR 5 ZD | 1900 |
| | | 72 | Keg | | | |
| | | 136,800 | pieces | 11.27/1,000 | Delivery date 08/31/2005 | 1,541.74 |
| 22 | UHCC424ZD | | | 1/4-20X1-1/2 | HX CAP GR 5 ZD | 1600 |
| | | 216 | Keg | | | |
| | | 345,600 | pieces | 12.91/1,000 | Delivery date 08/31/2005 | 4,461.70 |
| 23 | UHCC428ZD | | | 1/4-20X1-3/4 | HX CAP GR 5 ZD | 1400 |
| | | 107 | Keg | | | |
| | | 149,800 | pieces | 14.09/1,000 | Delivery date 08/31/2005 | 2,110.68 |
| 24 | UHCC460ZD | | | 1/4-20X3-3/4 | HX CAP GR 5 ZD | 500 |
| | | 214 | Keg | | | |
| | | 107,000 | pieces | 29.85/1,000 | Delivery date 08/31/2005 | 3,193.95 |
| 25 | UHCC510ZD | | | 5/16-18X5/8 | HX CAP GR 5 ZD | 1800 |
| | | 432 | Keg | | | |
| | | 777,600 | pieces | 11.68/1,000 | Delivery date 08/31/2005 | 9,082.37 |
| 26 | UHCC510ZD | | | 5/16-18X5/8 | HX CAP GR 5 ZD | 1800 |
| | | 360 | Keg | | | |
| | | 648,000 | pieces | 11.68/1,000 | Delivery date 10/17/2005 | 7,568.64 |
| 27 | UHCC510ZD | | | 5/16-18X5/8 | HX CAP GR 5 ZD | 1800 |
| | | 360 | Keg | | | |
| | | 648,000 | pieces | 11.68/1,000 | Delivery date 12/18/2005 | 7,568.64 |
| 28 | UHCC512ZD | | | 5/16-18X3/4 | HX CAP GR 5 ZD | 1650 |
| | | 576 | Keg | | | |
| | | 950,400 | pieces | 12.76/1,000 | Delivery date 08/31/2005 | 12,127.10 |

09/03/2007 16:29 FAX 630 5800974   HEADS & THREADS   ␀012/019
Case 1:08-cv-00487   Document 1   Filed 01/22/2008   Page 12 of 19



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 6
PO number/date
4601604106 / 07/15/2005

| Item | Material Order Qty. Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|
| 29 | UHCC512ZD | 5/16-18X3/4 | HX CAP GR 5 ZD | 1650 |
|  | 540 Keg | | | |
|  | 891,000 pieces | 12.76/1,000 | Delivery date 10/17/2005 | 11,369.16 |
| 30 | UHCC512ZD | 5/16-18X3/4 | HX CAP GR 5 ZD | 1650 |
|  | 504 Keg | | | |
|  | 831,600 pieces | 12.76/1,000 | Delivery date 12/18/2005 | 10,611.22 |
| 31 | UHCC516ZD | 5/16-18X1 | HX CAP GR 5 ZD | 1400 |
|  | 396 Keg | | | |
|  | 554,400 pieces | 13.62/1,000 | Delivery date 08/31/2005 | 7,550.93 |
| 32 | UHCC516ZD | 5/16-18X1 | HX CAP GR 5 ZD | 1400 |
|  | 360 Keg | | | |
|  | 504,000 pieces | 13.62/1,000 | Delivery date 11/17/2005 | 6,864.48 |
| 33 | UHCC516Z | 5/16-18X1 | HX CAP GR 5 Z | 1400 |
|  | 360 Keg | | | |
|  | 504,000 pieces | 13.22/1,000 | Delivery date 08/31/2005 | 6,662.88 |
| 34 | UHCC516Z | 5/16-18X1 | HX CAP GR 5 Z | 1400 |
|  | 360 Keg | | | |
|  | 504,000 pieces | 13.22/1,000 | Delivery date 10/17/2005 | 6,662.88 |
| 35 | UHCC516Z | 5/16-18X1 | HX CAP GR 5 Z | 1400 |
|  | 360 Keg | | | |
|  | 504,000 pieces | 13.22/1,000 | Delivery date 12/18/2005 | 6,662.88 |
| 36 | UHCC520ZD | 5/16-18X1-1/4 | HX CAP GR 5 ZD | 1100 |
|  | 324 Keg | | | |
|  | 356,400 pieces | 17.31/1,000 | Delivery date 08/31/2005 | 6,169.28 |
| 37 | UHCC520ZD | 5/16-18X1-1/4 | HX CAP GR 5 ZD | 1100 |
|  | 325 Keg | | | |
|  | 357,500 pieces | 17.31/1,000 | Delivery date 11/17/2005 | 6,188.33 |
| 38 | UHCC528ZD | 5/16-18X1-3/4 | HX CAP GR 5 ZD | 850 |
|  | 360 Keg | | | |
|  | 306,000 pieces | 22.44/1,000 | Delivery date 08/31/2005 | 6,866.64 |
| 39 | UHCC528ZD | 5/16-18X1-3/4 | HX CAP GR 5 ZD | 850 |
|  | 323 Keg | | | |
|  | 274,550 pieces | 22.44/1,000 | Delivery date 10/26/2005 | 6,160.90 |
| 40 | UHCC528ZD | 5/16-18X1-3/4 | HX CAP GR 5 ZD | 850 |
|  | 328 Keg | | | |
|  | 278,800 pieces | 22.44/1,000 | Delivery date 12/18/2005 | 6,256.27 |
| 41 | UHCC528Z | 5/16-18X1-3/4 | HX CAP GR 5 Z | 850 |
|  | 432 Keg | | | |
|  | 367,200 pieces | 20.11/1,000 | Delivery date 08/31/2005 | 7,384.39 |
| 42 | UHCC528Z | 5/16-18X1-3/4 | HX CAP GR 5 Z | 850 |
|  | 360 Keg | | | |
|  | 306,000 pieces | 20.11/1,000 | Delivery date 10/17/2005 | 6,153.66 |
| 43 | UHCC528Z | 5/16-18X1-3/4 | HX CAP GR 5 Z | 850 |
|  | 288 Keg | | | |
|  | 244,800 pieces | 20.11/1,000 | Delivery date 12/18/2005 | 4,922.93 |
| 44 | UHCC532ZD | 5/16-18X2 | HX CAP GR 5 ZD | 800 |
|  | 324 Keg | | | |
|  | 259,200 pieces | 25.74/1,000 | Delivery date 10/01/2005 | 6,671.81 |



## HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 7

PO number/date
4601604106 / 07/15/2005

| Item | Material | Order Qty. | Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|---|---|
| 45 | UHCC532ZD | 288 | Keg | 5/16-18X2 | HX CAP GR 5 ZD | 800 |
|  |  | 230,400 | pieces | 25.74/1,000 | Delivery date 11/17/2005 | 5,930.50 |
| 46 | UHCC572ZV | 432 | Keg | 5/16-18X4-1/2 | HX CAP GR 5 Z | 300 |
|  |  | 129,600 | pieces | 49.34/1,000 | Delivery date 10/01/2005 | 6,394.46 |
| 47 | UHCC572ZV | 324 | Keg | 5/16-18X4-1/2 | HX CAP GR 5 Z | 300 |
|  |  | 97,200 | pieces | 49.34/1,000 | Delivery date 10/17/2005 | 4,795.85 |
| 48 | UHCC572ZV | 324 | Keg | 5/16-18X4-1/2 | HX CAP GR 5 Z | 300 |
|  |  | 97,200 | pieces | 49.34/1,000 | Delivery date 12/18/2005 | 4,795.85 |
| 49 | UHCC6112Z | 468 | Keg | 3/8-16X7 | HX CAP GR 5 Z | 150 |
|  |  | 70,200 | pieces | 115.32/1,000 | Delivery date 10/01/2005 | 8,095.46 |
| 50 | UHCC6112Z | 396 | Keg | 3/8-16X7 | HX CAP GR 5 Z | 150 |
|  |  | 59,400 | pieces | 115.32/1,000 | Delivery date 11/17/2005 | 6,850.01 |
| 51 | UHCC6112ZD | 252 | Keg | 3/8-16X7 | HX CAP GR 5 ZD | 150 |
|  |  | 37,800 | pieces | 115.32/1,000 | Delivery date 10/01/2005 | 4,359.10 |
| 52 | UHCC612ZD | 2,052 | Keg | 3/8-16X3/4 | HX CAP GR 5 ZD | 1100 |
|  |  | 2,257,200 | pieces | 16.99/1,000 | Delivery date 10/01/2005 | 38,349.83 |
| 53 | UHCC612ZD | 2,016 | Keg | 3/8-16X3/4 | HX CAP GR 5 ZD | 1100 |
|  |  | 2,217,600 | pieces | 16.99/1,000 | Delivery date 10/17/2005 | 37,677.02 |
| 54 | UHCC612ZD | 1,908 | Keg | 3/8-16X3/4 | HX CAP GR 5 ZD | 1100 |
|  |  | 2,098,800 | pieces | 16.99/1,000 | Delivery date 12/18/2005 | 35,658.61 |
| 55 | UHCC614ZD | 360 | Keg | 3/8-16X7/8 | HX CAP GR 5 ZD | 1000 |
|  |  | 360,000 | pieces | 17.37/1,000 | Delivery date 10/01/2005 | 6,253.20 |
| 56 | UHCC614ZD | 468 | Keg | 3/8-16X7/8 | HX CAP GR 5 ZD | 1000 |
|  |  | 468,000 | pieces | 17.37/1,000 | Delivery date 11/17/2005 | 8,129.16 |
| 57 | UHCC616ZD | 1,260 | Keg | 3/8-16X1 | HX CAP GR 5 ZD | 900 |
|  |  | 1,134,000 | pieces | 18.36/1,000 | Delivery date 10/01/2005 | 20,820.24 |
| 58 | UHCC616ZD | 1,224 | Keg | 3/8-16X1 | HX CAP GR 5 ZD | 900 |
|  |  | 1,101,600 | pieces | 18.36/1,000 | Delivery date 10/17/2005 | 20,225.38 |
| 59 | UHCC616ZD | 1,224 | Keg | 3/8-16X1 | HX CAP GR 5 ZD | 900 |
|  |  | 1,101,600 | pieces | 18.36/1,000 | Delivery date 12/18/2005 | 20,225.38 |
| 60 | UHCC618ZD | 648 | Keg | 3/8-16X1-1/8 | HX CAP GR 5 ZD | 800 |
|  |  | 518,400 | pieces | 21.58/1,000 | Delivery date 10/01/2005 | 11,187.07 |



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page  8

PO number/date
4601604106 / 07/15/2005

| Item | Material<br>Order Qty. Unit | Dimensions<br>Price / Unit | Description | Qty/Keg<br>Net Value |
|---|---|---|---|---|
| 61 | UHCC618ZD<br>540 Keg<br>432,000 pieces | 3/8-16X1-1/8<br>21.58/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 800<br>9,322.56 |
| 62 | UHCC620ZD<br>1,404 Keg<br>1,123,200 pieces | 3/8-16X1-1/4<br>21.12/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 800<br>23,721.98 |
| 63 | UHCC620ZD<br>1,368 Keg<br>1,094,400 pieces | 3/8-16X1-1/4<br>21.12/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 800<br>23,113.73 |
| 64 | UHCC620Z<br>144 Keg<br>115,200 pieces | 3/8-16X1-1/4<br>20.51/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2005 | 800<br>2,362.75 |
| 65 | UHCC624Z<br>900 Keg<br>607,500 pieces | 3/8-16X1-1/2<br>24.82/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2005 | 675<br>15,078.15 |
| 66 | UHCC624Z<br>900 Keg<br>607,500 pieces | 3/8-16X1-1/2<br>24.82/1,000 | HX CAP GR 5 Z<br>Delivery date 11/17/2005 | 675<br>15,078.15 |
| 67 | UHCC624ZD<br>900 Keg<br>607,500 pieces | 3/8-16X1-1/2<br>24.09/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 675<br>14,634.68 |
| 68 | UHCC624ZD<br>900 Keg<br>607,500 pieces | 3/8-16X1-1/2<br>24.09/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 675<br>14,634.68 |
| 69 | UHCC628ZD<br>612 Keg<br>367,200 pieces | 3/8-16X1-3/4<br>30.05/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 600<br>11,034.36 |
| 70 | UHCC628ZD<br>612 Keg<br>367,200 pieces | 3/8-16X1-3/4<br>30.05/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 600<br>11,034.36 |
| 71 | UHCC632ZD<br>756 Keg<br>415,800 pieces | 3/8-16X2<br>32.14/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 550<br>13,363.81 |
| 72 | UHCC632ZD<br>720 Keg<br>396,000 pieces | 3/8-16X2<br>32.14/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 550<br>12,727.44 |
| 73 | UHCC636ZD<br>648 Keg<br>291,600 pieces | 3/8-16X2-1/4<br>39.55/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 450<br>11,532.78 |
| 74 | UHCC636ZD<br>576 Keg<br>259,200 pieces | 3/8-16X2-1/4<br>39.55/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/17/2005 | 450<br>10,251.36 |
| 75 | UHCC636ZD<br>576 Keg<br>259,200 pieces | 3/8-16X2-1/4<br>39.55/1,000 | HX CAP GR 5 ZD<br>Delivery date 12/18/2005 | 450<br>10,251.36 |
| 76 | UHCC648ZD<br>936 Keg<br>304,200 pieces | 3/8-16X3<br>44.41/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 325<br>13,509.52 |



## HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 9

PO number/date
4601604106 / 07/15/2005

| Item | Material | Order Qty. | Unit | Dimensions / Price / Unit | Description | Qty/Keg / Net Value |
|---|---|---|---|---|---|---|
| 77 | UHCC648ZD | 936 | Keg | 3/8-16X3 | HX CAP GR 5 ZD | 325 |
|    |            | 304,200 | pieces | 44.41/1,000 | Delivery date 10/17/2005 | 13,509.52 |
| 78 | UHCC648ZD | 936 | Keg | 3/8-16X3 | HX CAP GR 5 ZD | 325 |
|    |            | 304,200 | pieces | 44.41/1,000 | Delivery date 12/18/2005 | 13,509.52 |
| 79 | UHCC656ZD | 216 | Keg | 3/8-16X3-1/2 | HX CAP GR 5 ZD | 300 |
|    |            | 64,800 | pieces | 58.98/1,000 | Delivery date 10/01/2005 | 3,821.90 |
| 80 | UHCC656ZD | 223 | Keg | 3/8-16X3-1/2 | HX CAP GR 5 ZD | 300 |
|    |            | 66,900 | pieces | 58.98/1,000 | Delivery date 11/17/2005 | 3,945.76 |
| 81 | UHCC664ZD | 180 | Keg | 3/8-16X4 | HX CAP GR 5 ZD | 250 |
|    |            | 45,000 | pieces | 63.60/1,000 | Delivery date 10/01/2005 | 2,862.00 |
| 82 | UHCC664ZD | 180 | Keg | 3/8-16X4 | HX CAP GR 5 ZD | 250 |
|    |            | 45,000 | pieces | 63.60/1,000 | Delivery date 11/17/2005 | 2,862.00 |
| 83 | UHCC688ZD | 358 | Keg | 3/8-16X5-1/2 | HX CAP GR 5 ZD | 175 |
|    |            | 62,650 | pieces | 90.70/1,000 | Delivery date 10/01/2005 | 5,682.36 |
| 84 | UHCC688ZD | 180 | Keg | 3/8-16X5-1/2 | HX CAP GR 5 ZD | 175 |
|    |            | 31,500 | pieces | 90.70/1,000 | Delivery date 11/17/2005 | 2,857.05 |
| 85 | UHCC696Z | 144 | Keg | 3/8-16X6 | HX CAP GR 5 Z | 175 |
|    |           | 25,200 | pieces | 92.10/1,000 | Delivery date 10/01/2005 | 2,320.92 |
| 86 | UHCC744 | 324 | Keg | 7/16-14X2-3/4 | HX CAP GR 5 | 300 |
|    |          | 97,200 | pieces | 61.60/1,000 | Delivery date 10/01/2005 | 5,987.52 |
| 87 | UHCC744 | 324 | Keg | 7/16-14X2-3/4 | HX CAP GR 5 | 300 |
|    |          | 97,200 | pieces | 61.60/1,000 | Delivery date 10/17/2005 | 5,987.52 |
| 88 | UHCC744 | 324 | Keg | 7/16-14X2-3/4 | HX CAP GR 5 | 300 |
|    |          | 97,200 | pieces | 61.60/1,000 | Delivery date 12/18/2005 | 5,987.52 |
| 89 | UHCC764Z | 360 | Keg | 7/16-14X4 | HX CAP GR 5 Z | 200 |
|    |           | 72,000 | pieces | 87.94/1,000 | Delivery date 10/01/2005 | 6,331.68 |
| 90 | UHCC764Z | 288 | Keg | 7/16-14X4 | HX CAP GR 5 Z | 200 |
|    |           | 57,600 | pieces | 87.94/1,000 | Delivery date 11/17/2005 | 5,065.34 |
| 91 | UHCC816Z | 828 | Keg | 1/2-13X1 | HX CAP GR 5 Z | 400 |
|    |           | 331,200 | pieces | 36.81/1,000 | Delivery date 10/01/2005 | 12,191.47 |
| 92 | UHCC820ZD | 4,176 | Keg | 1/2-13X1-1/4 | HX CAP GR 5 ZD | 375 |
|    |            | 1,566,000 | pieces | 42.23/1,000 | Delivery date 10/01/2005 | 66,132.18 |



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumecko China)
Area of Jiangsu Province

Page 10

PO number/date
4601604106 / 07/15/2005

| Item | Material | Order Qty. | Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|---|---|
| 93 | UHCC820ZD | 3,960 | Keg | 1/2-13X1-1/4 | HX CAP GR 5 ZD | 375 |
|  |  | 1,485,000 | pieces | 42.23/1,000 | Delivery date 10/17/2005 | 62,711.55 |
| 94 | UHCC820ZD | 3,960 | Keg | 1/2-13X1-1/4 | HX CAP GR 5 ZD | 375 |
|  |  | 1,485,000 | pieces | 42.23/1,000 | Delivery date 12/18/2005 | 62,711.55 |
| 95 | UHCC824ZD | 2,340 | Keg | 1/2-13X1-1/2 | HX CAP GR 5 ZD | 300 |
|  |  | 702,000 | pieces | 48.31/1,000 | Delivery date 10/01/2005 | 33,913.62 |
| 96 | UHCC824ZD | 2,378 | Keg | 1/2-13X1-1/2 | HX CAP GR 5 ZD | 300 |
|  |  | 713,400 | pieces | 48.31/1,000 | Delivery date 10/17/2005 | 34,464.35 |
| 97 | UHCC824ZD | 2,340 | Keg | 1/2-13X1-1/2 | HX CAP GR 5 ZD | 300 |
|  |  | 702,000 | pieces | 48.31/1,000 | Delivery date 12/18/2005 | 33,913.62 |
| 98 | UHCC824Z | 216 | Keg | 1/2-13X1-1/2 | HX CAP GR 5 Z | 300 |
|  |  | 64,800 | pieces | 46.90/1,000 | Delivery date 10/01/2005 | 3,039.12 |
| 99 | UHCC828ZD | 1,118 | Keg | 1/2-13X1-3/4 | HX CAP GR 5 ZD | 275 |
|  |  | 307,450 | pieces | 54.00/1,000 | Delivery date 10/01/2005 | 16,602.30 |
| 100 | UHCC828ZD | 1,080 | Keg | 1/2-13X1-3/4 | HX CAP GR 5 ZD | 275 |
|  |  | 297,000 | pieces | 54.00/1,000 | Delivery date 11/17/2005 | 16,038.00 |
| 101 | UHCC832ZD | 72 | Keg | 1/2-13X2 | HX CAP GR 5 ZD | 250 |
|  |  | 18,000 | pieces | 58.84/1,000 | Delivery date 10/01/2005 | 1,059.12 |
| 102 | UHCC832ZD | 396 | Keg | 1/2-13X2 | HX CAP GR 5 ZD | 250 |
|  |  | 99,000 | pieces | 58.84/1,000 | Delivery date 10/17/2005 | 5,825.16 |
| 103 | UHCC832ZD | 648 | Keg | 1/2-13X2 | HX CAP GR 5 ZD | 250 |
|  |  | 162,000 | pieces | 58.84/1,000 | Delivery date 12/18/2005 | 9,532.08 |
| 104 | UHCC832Z | 594 | Keg | 1/2-13X2 | HX CAP GR 5 Z | 250 |
|  |  | 148,500 | pieces | 57.12/1,000 | Delivery date 10/01/2005 | 8,482.32 |
| 105 | UHCC832Z | 576 | Keg | 1/2-13X2 | HX CAP GR 5 Z | 250 |
|  |  | 144,000 | pieces | 57.12/1,000 | Delivery date 11/17/2005 | 8,225.28 |
| 106 | UHCC836ZD | 936 | Keg | 1/2-13X2-1/4 | HX CAP GR 5 ZD | 225 |
|  |  | 210,600 | pieces | 66.07/1,000 | Delivery date 10/01/2005 | 13,914.34 |
| 107 | UHCC836ZD | 900 | Keg | 1/2-13X2-1/4 | HX CAP GR 5 ZD | 225 |
|  |  | 202,500 | pieces | 66.07/1,000 | Delivery date 11/17/2005 | 13,379.18 |
| 108 | UHCC840 | 203 | Keg | 1/2-13X2-1/2 | HX CAP GR 5 | 225 |
|  |  | 45,675 | pieces | 66.49/1,000 | Delivery date 10/01/2005 | 3,036.93 |

# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

**HTI**

Ying Ming (Sumecko China)
Area of Jiangsu Province

Page    11

PO number/date
4601604106 / 07/15/2005

| Item | Material<br>Order Qty.  Unit | Dimensions<br>Price / Unit | Description | Qty/Keg<br>Net Value |
|---|---|---|---|---|
| 109 | UHCC840<br>198 Keg<br>44,550 pieces | 1/2-13X2-1/2<br>66.49/1,000 | HX CAP GR 5<br>Delivery date 11/17/2005 | 225<br>2,962.13 |
| 110 | UHCC840ZD<br>396 Keg<br>89,100 pieces | 1/2-13X2-1/2<br>70.09/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 225<br>6,245.02 |
| 111 | UHCC840ZD<br>432 Keg<br>97,200 pieces | 1/2-13X2-1/2<br>70.09/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/17/2005 | 225<br>6,812.75 |
| 112 | UHCC840ZD<br>396 Keg<br>89,100 pieces | 1/2-13X2-1/2<br>70.09/1,000 | HX CAP GR 5 ZD<br>Delivery date 12/18/2005 | 225<br>6,245.02 |
| 113 | UHCC844ZD<br>466 Keg<br>93,200 pieces | 1/2-13X2-3/4<br>77.78/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 200<br>7,249.10 |
| 114 | UHCC844ZD<br>432 Keg<br>86,400 pieces | 1/2-13X2-3/4<br>77.78/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 200<br>6,720.19 |
| 115 | UHCC852ZD<br>360 Keg<br>63,000 pieces | 1/2-13X3-1/4<br>89.73/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 175<br>5,652.99 |
| 116 | UHCC852ZD<br>322 Keg<br>56,350 pieces | 1/2-13X3-1/4<br>89.73/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 175<br>5,056.29 |
| 117 | UHCC888ZD<br>324 Keg<br>32,400 pieces | 1/2-13X5-1/2<br>162.28/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 100<br>5,257.87 |
| 118 | UHCF512ZD<br>468 Keg<br>772,200 pieces | 5/16-24X3/4<br>12.51/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 1650<br>9,660.22 |
| 119 | UHCF512ZD<br>432 Keg<br>712,800 pieces | 5/16-24X3/4<br>12.51/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 1650<br>8,917.13 |
| 120 | UHCF720ZD<br>284 Keg<br>156,200 pieces | 7/16-20X1-1/4<br>34.67/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 550<br>5,415.45 |
| 121 | UHCF752<br>486 Keg<br>121,500 pieces | 7/16-20X3-1/4<br>65.34/1,000 | HX CAP GR 5<br>Delivery date 10/01/2005 | 250<br>7,938.81 |
| 122 | UHCF752<br>468 Keg<br>117,000 pieces | 7/16-20X3-1/4<br>65.34/1,000 | HX CAP GR 5<br>Delivery date 11/17/2005 | 250<br>7,644.78 |
| 123 | UHCF764ZD<br>324 Keg<br>64,800 pieces | 7/16-20X4<br>88.80/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 200<br>5,754.24 |
| 124 | UHCF764ZD<br>324 Keg<br>64,800 pieces | 7/16-20X4<br>88.80/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 200<br>5,754.24 |



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone: (630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 12
PO number/date
4601604106 / 07/15/2005

| Item | Material | Order Qty. | Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|---|---|
| 125 | UHCF820ZD | 428 | Keg | 1/2-20X1-1/4 | HX CAP GR 5 ZD | 375 |
|  |  | 160,500 | pieces | 46.20/1,000 | Delivery date 10/01/2005 | 7,415.10 |
| 126 | UHCF828ZD | 468 | Keg | 1/2-20X1-3/4 | HX CAP GR 5 ZD | 275 |
|  |  | 128,700 | pieces | 59.08/1,000 | Delivery date 10/01/2005 | 7,603.60 |
| 127 | UHF515 | 108 | Keg | 5/8-18X1-1/2 | HX CAP GR 5 | 200 |
|  |  | 21,600 | pieces | 79.53/1,000 | Delivery date 10/01/2005 | 1,717.85 |
| 128 | UHF515Z | 288 | Keg | 5/8-18X1-1/2 | HX CAP GR 5 Z | 200 |
|  |  | 57,600 | pieces | 86.45/1,000 | Delivery date 10/01/2005 | 4,979.52 |
| 129 | UHF515Z | 288 | Keg | 5/8-18X1-1/2 | HX CAP GR 5 Z | 200 |
|  |  | 57,600 | pieces | 86.45/1,000 | Delivery date 11/17/2005 | 4,979.52 |
| 130 | UHF5175Z | 468 | Keg | 5/8-18X1-3/4 | HX CAP GR 5 Z | 175 |
|  |  | 81,900 | pieces | 88.52/1,000 | Delivery date 10/01/2005 | 7,249.79 |
| 131 | UHF5175Z | 407 | Keg | 5/8-18X1-3/4 | HX CAP GR 5 Z | 175 |
|  |  | 71,225 | pieces | 88.52/1,000 | Delivery date 10/17/2005 | 6,304.84 |
| 132 | UHF5175Z | 432 | Keg | 5/8-18X1-3/4 | HX CAP GR 5 Z | 175 |
|  |  | 75,600 | pieces | 88.52/1,000 | Delivery date 12/18/2005 | 6,692.11 |
| 133 | UHF52Z | 465 | Keg | 5/8-18X2 | HX CAP GR 5 Z | 175 |
|  |  | 81,375 | pieces | 97.72/1,000 | Delivery date 10/01/2005 | 7,951.97 |
| 134 | UHF52Z | 468 | Keg | 5/8-18X2 | HX CAP GR 5 Z | 175 |
|  |  | 81,900 | pieces | 97.72/1,000 | Delivery date 11/17/2005 | 8,003.27 |
| 135 | UHF545 | 180 | Keg | 5/8-18X4-1/2 | HX CAP GR 5 | 80 |
|  |  | 14,400 | pieces | 189.65/1,000 | Delivery date 10/01/2005 | 2,730.96 |

| Total pieces / pounds / kegs | 52,156,120 / 3,471,252 / 92619 |
|---|---|
| Total net value excl. tax | USD 1,531,995.24 |

Begin to ship all material against this purchase order as soon as possible and complete before promised delivery date.

This order is placed with the mutual understanding between Heads & Threads and the Seller, that the Seller guarantees that the material is to be manufactured in accordance with U.S. Standards as defined above and in the 'Description of Heads & Threads Commodities' current listing.

Heads & Threads prior approval of samples, inspection by Heads & Threads representatives, or acceptance of delivery of this order, in no way relieves the Seller of the aforementioned understanding or the Seller's obligation to honor valid quality complaints.

Each Keg must have exact standard piece count. All kegs are sold as is.

Where Certificates of Compliance and Mill Certificates of Chemical Analysis are required, said certificates must be available at time of inspection and must be included with documents for payment. All Packing Lists and Invoices mailed to Heads & Threads must indicate — Shipped against Purchase Order Number. This release is valid through Promised Ship date. During 30 day grace period after Promised Ship Date, advise Heads & Threads of any shipments not made against this Purchase Order Number and when delivery will be made. It is at Heads & Threads option whether to accept or cancel late delivery material.

Heads & Threads International LLC

# HEADS & THREADS INTERNATIONAL LLC
# DESCRIPTION OF COMMODITIES

| Index Part Number | Standard Description |
|---|---|
| XCC4 6. | HEX CAP SCREWS - SAE J429 - GRADE 2 - WITH MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1. |
| XCC4 6Z. | HEX CAP SCREWS - SAE J429 - GRADE 2 - WITH MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1. - ZINC PLATED. |
| FCC8 16. | CAP SCREWS - SLOTTED FLAT COUNTERSUNK- SAE J429 - GRADE 2 - WITH MANUFACTURERS SYMBOL - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.6.2. |
| SCC4 8. | HEX CAP SCREWS - STAINLESS STEEL 18-8 PASSIVATED - ASTM F593, 304 - WITH GRADE MARKING OF F593C FOR 1/4" THRU 5/8" DIA AND F593D FOR 3/4" DIA AND LARGER - MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO B18.2.1. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| S3CC4 8. | HEX CAP SCREWS - 316 STAINLESS STEEL – PASSIVATED - ASTM F593 - WITH GRADE MARKING OF F593G FOR 1/4" THRU 5/8" DIA AND F593H FOR 3/4" DIA AND LARGER - MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO B18.2.1. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| HCC4 6. | HEX CAP SCREWS - SAE J429 - GRADE 5 - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| HCC4 6Z. | HEX CAP SCREWS - SAE J429 - GRADE 5 - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART - ZINC PLATED. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| HCC4 20ZD. | HEX CAP SCREWS - SAE J429 - GRADE 5 - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART - ZINC DICHROMATE PLATED. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| UHCC4 10. | HEX CAP SCREWS - SAE J429 - GRADE 5 - CHINA - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| UHCC4 10Z. | HEX CAP SCREWS - SAE J429 - GRADE 5 - CHINA - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART - ZINC PLATED. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |

6

E:\Library\Nomenclature\Product NOMENCLATURE-master 4-26-02 .revision 02-07-03.doc      Revision 2
Shortcut on E-library/ISO/Purchasing