## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Heads and Threads International LLC
v.
Sumeeko Industries Co. Ltd.

Case Number: 08 C 487

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Heads & Threads International LLC

| Field | Value |
|---|---|
| NAME (Type or print) | Steven M. Klaczynski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Steven M. Klaczynski |
| FIRM | Hinshaw & Culbertson LLP |
| STREET ADDRESS | 222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP | Chicago, IL  60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6204578 |
| TELEPHONE NUMBER | 312 704-3000 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐