UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Heads and Threads International LLC ) | |
| ) | |
| Plaintiff, ) | Case No.: 08-CV-00487 |
| v. ) | |
| ) | Judge James F. Holderman |
| Sumeeko Industries Co., Ltd. ) | Magistrate Judge Arlander Keys |
| Defendant. ) | |

## MOTION FOR ISSUANCE OF LETTER ROGATORY

NOW COMES the Plaintiff, Heads and Threads International LLC ("HTI"), by and through its undersigned attorneys, and, pursuant to Federal Rule of Civil Procedure 4(f)(2)(B), moves this Court to issue letters rogatory to any court of general jurisdiction in the Ta-Fa Industrial District, Kaohsiung County, Taiwan, and in support thereof, claims as follows:

1. HTI filed this action against the defendant, Sumeeko Industries Co., Ltd. ("Sumeeko") on January 22, 2008 alleging breach of contract, breach of the warranties of merchantability and fitness for a particular purpose, and deceptive trade practices in violation of Illinois law.

2. Sumeeko is a Taiwanese corporation with its principal place of business at 20 Huaxi Road, Ta-Fa Industrial District, Kaohsiung County 831, Taiwan.

3. Taiwan is not a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. Accordingly, under Taiwan's Law Governing Extension of Assistance to Foreign Courts, service of process must be effected by a Taiwanese court of competent jurisdiction against a Taiwanese corporation upon receipt of a letter rogatory in order to ensure the enforceability of any judgment awarded in a foreign jurisdiction. *See* "Taiwan Judicial Assistance," United States Department of State,

available at http://travel.state.gov/law/info/judicial/judicial_669.html, (last viewed: Mar. 3, 2008) (noting that while service can be effected by international registered mail or personal service, Taiwan may that service be effected through a letter rogatory before it will enforce a judgment).

    4.    HTI has attached four (4) copies of its proposed letter rogatory in English, and four (4) copies of the same letter translated into Mandarin Chinese. HTI's proposed letter conforms with the requirements delineated by the United States Department of State. *See* "Taiwan Judicial Assistance," United States Department of State, available at http://travel.state.gov/law/info/judicial/judicial_669.html, (last viewed: Mar. 3, 2008); "Preparation of Letters Rogatory," United States Department of State, available at http://travel.state.gov/law/info/judicial/judicial_683.html, (last viewed: Mar. 3, 2008). Specifically, the HTI letter includes an offer of reciprocal assistance, and a statement of willingness to reimburse the Taiwan authorities for costs incurred in executing the letter rogatory.

    5.    The attached letter rogatory requests that the Appropriate Judicial Authority of Taiwan cause copies of the summons and complaint to be served upon Sumeeko by the proper and usual process of the Taiwanese courts, and in a manner reasonably calculated to give Sumeeko actual notice of this action. Further, HTI's letter rogatory requests that the Taiwanese Judicial Authority cause a sworn statement of the person actually serving the summons and complaint on the defendant to be taken stating the date and manner in which service was made, to reduce the statement to writing, endorsed the statement with the title of this action, and to return it under cover duly sealed and addressed to the Clerk of this Court.

    6.    HTI will enclose a certified check for $735.00 payable to American Institute in Taiwan when it forwards the letters rogatory to the United States Department of State, Office of Overseas Citizens Services.

WHEREFORE the Plaintiff, Heads and Threads International LLC ("HTI"), respectfully requests that this Court issue the attached letters rogatory to any court of general jurisdiction in the Ta-Fa Industrial District, Kaohsiung County, Taiwan, requesting that it cause copies of the summons and complaint to be served upon the Defendant, Sumeeko Industries Co., Ltd.

        Respectfully submitted,

        HEADS AND THREADS INTERNATIONAL LLC

        _____

        One of its attorneys.

Andrew Cripe
Steven Klaczynski
Daniel Farris
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
TELE: 312-704-3000
FAX:  312-704-3001