UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Heads and Threads International LLC | ) |
| | ) |
| Plaintiff, | ) Case No.: 08-CV-00487 |
| v. | ) |
| | ) Judge James F. Holderman |
| Sumeeko Industries Co., Ltd. | ) Magistrate Judge Arlander Keys |
| Defendant. | ) |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTER ROGATORY)**

To The Appropriate Judicial Authority of Taiwan:

The United States District Court for the Northern District of Illinois presents its compliments to the appropriate judicial authority of Taiwan, and requests international judicial assistance to effect service of process to be used in a civil case proceeding before this Court in the above captioned matter.

The above captioned action was filed in the United States District Court for the Northern District of Illinois on January 22, 2008. The defendant is a resident of the Ta-Fa Industrial District, Kaohsiung County, Taiwan. The plaintiff, Heads and Threads International LLC, claims that the defendant, Sumeeko Industries Co., Ltd., sold it defective fasteners under a sales contract. The plaintiff contends that the delivery of defective fasteners constitutes a breach of the sales contract, breach of the warranties of merchantability and fitness for a particular purpose, and deceptive trade practices under Illinois law.

On the basis of the above, this Court requests that you cause the attached copies of the summons and complaint to be served upon the defendant, Sumeeko Industries Co., Ltd., by the proper and usual process of your court, and in a manner reasonably calculated to give the defendant actual notice of this action, at 20 Huaxi Road, Ta-Fa Industrial District, Kaohsiung County 831, Taiwan, or at any other place practicable in accordance with the rules of your court. This request is necessary to the interests of justice, and made in furtherance thereof.

This Court further requests that you cause a sworn statement of the person actually serving the summons and complaint on the defendant to be taken, according to the proper and usual process of your court, stating the date and manner in which service was made. Further, this Court requests that this statement be reduced to writing, endorsed with the title of this action, and returned to this Court under cover duly sealed and addressed to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604.

This Court stands ready and willing to assist you in the same manner, or in a similar manner, whenever you shall require. Further, this Court is willing to ensure you that any costs incurred

by you or your courts in executing the service of process requested in this letter rogatory will be reimbursed by the Plaintiff in this matter.

Witnessed by:

The Honorable James F. Holderman, Chief Judge of the United States District Court for the Northern District of Illinois, the _____ day of March, 2008, at Chicago, Illinois.

_____
UNITED STATES DISTRICT JUDGE


<u>Michael W. Dobbins       </u>, Clerk of Court
United States District Court
for the Northern District of Illinois

By: _____
     Deputy Clerk

6290851v1 882060