## 美國聯邦
## 伊利諾州北區地方法院
## 東部分庭

| | | |
|---|---|---|
| Heads and Threads International LLC | ) | |
| | ) | |
| 　　　　　　　　　原告 | ) | 案件編號：08 民事訴訟字 00487 號 |
| 訴 | ) | |
| | ) | 法官 James F. Holderman 閣下 |
| Sumeeko Industries Co., Ltd. | ) | 保安法官 Arlander Keys 閣下 |
| （世德工業股份有限公司） | ) | |
| 　　　　　　　　　被告 | ) | |

### 請求國際司法協助
（調查委託書）

謹致臺灣有關司法主管當局：

美國聯邦伊利諾州北區地方法院東部分庭謹向臺灣有關司法主管當局致意，並懇切請求給予國際司法協助，執行有關本庭就以上粗體字標題所述事項開庭審理之民事訴訟相關文書之送達事宜。

以上粗體字標題所述之訴訟行動乃於 2008 年 1 月 22 日向美國聯邦伊利諾州北區地方法院呈遞。被告為中華民國臺灣省高雄縣大發工業區居民。原告 Heads and Threads International LLC 指控被告 Sumeeko Industries Co., Ltd. 在銷售合約的約束之下出售其緊固件（如螺栓等）瑕疵品。原告主張被告交付緊固件瑕疵品之舉，依照伊利諾州法律規定，已構成違反銷售合約，違反商品性能和特定目的之適用性保證，以及蓄意詐欺等商業行為。

綜上所述，本庭謹請求貴法院，透過貴法院適當與通常之司法程序，以經合理推測能夠提供被告本訴訟案件之實際通知的方式，依循貴法院規定之可行的途徑，將本函所附之傳票及訴狀副本，送達給位於 831 中華民國臺灣省高雄縣大發工業區華西路 20 號或其他任何地點的被告 Sumeeko Industries Co., Ltd.。經衡量司法利益後認定，為促成該有關事宜，有必要做出本請求。

本庭進一步請求貴法院，透過貴法院適當與通常之司法程序，要求將傳票及訴狀實際送達給被告之遞送人出具宣誓書，並說明送達日期及方式。再者，本庭謹請求貴法院在該份書面宣誓書上批註本訴訟案件標題，並以貴法院公章妥為蓋印之後送還本庭，收件人：美國聯邦伊利諾州北區地方法院書記，地址：219 South Dearborn Street, Chicago, IL 60604。

2

本庭隨時準備並樂於一經貴法院提出請求即提供同等或類似之必要協助。再者，本庭願向貴法院保證，原告將就此事宜補償貴法院在執行本調查委託書所請求之文書遞送期間所產生之所有費用。

見證人：

James F. Holderman 閣下，美國聯邦伊利諾州北區地方法院首席法官，2008 年 3 月＿日，伊利諾州芝加哥。

                                        美國聯邦地方法院法官

                                 Michael W. Dobbins　　　，法院書記
                                 美國聯邦伊利諾州北區地方法院

                                 簽署人：＿＿＿＿＿＿＿＿＿＿＿＿＿
                                   副書記

6290851v1 882060