**FILED**

**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HEADS AND THREADS INTERNATIONAL LLC, | ) ) ) | **08 C 487** |
| Plaintiff, | ) ) | Civil Action No. 07 CV _____ |
| vs. | ) ) ) | |
| SUMEEKO INDUSTRIES CO. LTD., | ) ) | **TRIAL BY JURY DEMANDED** |
| Defendant. | ) ) | |

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

## COMPLAINT

NOW COMES HEADS AND THREADS INTERNATIONAL LLC ("HTI"), and for its

Complaint against SUMEEKO INDUSTRIES CO. LTD. ("SUMEEKO"), states as follows:

### PARTIES

1.    HTI is an Illinois Limited Liability Company with its principal place of business

in Illinois.

2.    Sumeeko is Taiwanese company with its principal place of business in Taiwan.

### JURISDICTION AND VENUE

3.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)

because the matter in controversy exceeds $75,000.00, exclusive interest and costs, and is

between citizens of different states.

4.    Venue is proper in this District Court pursuant to 28 U.S.C. §§1391(a) and (c)

because a substantial portion of the transactions and occurrences giving rise to this claim

occurred in this jurisdiction, and because the parties are subject to personal jurisdiction in

Illinois.

## COUNT I

5.      On or about June 22, 2005 and again on or about July 15, 2005, Sumeeko contracted to provide fasteners – namely, Grade 5 Hex Cap Screws (referred to herein as the "Product") – pursuant to the purchase orders attached hereto as Exhibits A (P.O. No. 4600604261 in the amount of US$167,745.35) and B (P.O. No. 4601604106 in the amount of US$1,531,995.24). Collectively, these purchase orders are referred to as the "Purchase Orders."

6.      Pursuant to the terms of the Purchase Orders, Sumeeko "guarantee[d] that the material is to be manufactured in accordance with" certain specified standards.

7.      Pursuant to each of the Purchase Orders, HTI's "prior approval of samples, inspection by [HTI] representatives, or acceptance of delivery of this order, in no way relieves the Seller of the aforementioned understanding of the Seller's obligation to honor valid quality complaints."

8.      Sumeeko shipped the Product to HTI in or around January of 2006. Quality testing upon receipt revealed that substantial portions of the total Product either contained unacceptable manufacturing defects and/or failed to conform to the requisite standards and specifications (this product is referred to as the "Defective Product") or was included in substantially non-conforming lots such that the Product could not be relied on as meeting the warranted standards and specifications. Among other things, the Defective Product failed to conform to the warranted Industrial Fastener Institute (IFI) specifications, including the requisite IFI core hardness specifications.

9.      HTI has made repeated demands that Sumeeko reasonably cure the defects and deficiencies in the Defective Product in a timely and seasonable manner. In response, Sumeeko acknowledged that the Defective Product failed to conform to the requisite standards and

5642330v1 821188
6275152v1 7048395

repeatedly assured that it would seasonably cure these defects and deficiencies. However, Sumeeko has failed to do so to date.

10.     HTI has formally notified Sumeeko that Sumeeko has breached its obligations under the Purchase Orders, that HTI has revoked any acceptance of the Product, and has demanded that Sumeeko return the purchase price paid by HTI with respect to the Defective Product. Sumeeko has failed and refused to return HTI's money.

11.     As a direct and proximate result of Sumeeko's breach of contract, HTI has incurred damages in an amount in excess of $75,000, the exact amount of which will be established at the time of judgment or trial.

12.     In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgment.

### COUNT II

13.     HTI incorporates by reference the allegations contained in Paragraphs 1-12 as if set forth fully herein.

14.     Sumeeko expressly and impliedly warranted to HTI that the Product would be of a merchantable quality and free from any defects and ready for use. HTI relied on the truth of this warranty.

15.     The Product supplied by Sumeeko was not of a merchantable quality, but instead contained a number of defects and deficiencies and was not ready for use, as Sumeeko was well aware.

16.     As a direct and proximate result of Sumeeko's breach of warranty of merchantability, HTI incurred damages in an amount in excess of $75,000, which represents the

5642330v1 821188
6275152v1 7048395

difference in the value of the Product shipped and the value of the Product if it had been as warranted by Sumeeko.

17.    In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgment.

**COUNT III**

18.    HTI incorporates by reference the allegations contained in Paragraphs 1-12 as if set forth fully herein.

19.    HTI purchased the Product for the purpose that said Product would be distributed for use as fasteners in a variety of ordinary applications for fasteners of said type.

20.    Sumeeko had knowledge of the purpose of which the Product was to be used and expressly and impliedly warranted that the Product would be in all respects fit and proper for that purpose.

21.    HTI relied on the warranty by Sumeeko but found that the Product was not fit for use for its particular purpose.

22.    As a direct and proximate result of Sumeeko's breach of warranty of fitness for a particular purpose, HTI incurred damages in an amount in excess of $75,000, which represents the difference in the value of the Product shipped and the value of the Product if it had been as warranted by Sumeeko.

23.    In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgment.

**COUNT IV**

24.    HTI incorporates by reference the allegations contained in Paragraphs 1-12 as if set forth fully herein.

5642330v1 821188
6275152v1 7048395

25.     Sumeeko represented and certified to HTI that the Product shipped to HTI conformed to the standards and specifications called for in the Purchase Orders despite knowing that said representations and certifications by Sumeeko were false.   Among other things, Sumeeko falsely certified that the Product met Grade 5 core hardness standards and otherwise complied with applicable industry standards or certifications, despite knowing that the Product did not meet these hardness and other applicable standards and certifications.

26.     The Illinois Deceptive Trade Practices Act provides that a person "engages in a deceptive trade practice when, in the course of his or her business, vocation, or occupation, the person:

>                                 …
>
> (2) *causes likelihood of confusion or of misunderstanding as to the source*, sponsorship, approval, or certification of goods or services;
>
> (3) *causes likelihood of confusion or of misunderstanding as to affiliation, connection, or association with or certification by another*;
>                                 . . .
> (5) *represents that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he or she does not have*;
>                                 . . .
> (7)  *represents that goods or services are of a particular standard, quality, or grade or that goods are a particular style or model, if they are of another* . . .
>
> 815 ILCS 510/2 (Emphasis added).

27.     The aforementioned misrepresentations and miscertifications by Sumeeko constitute deceptive trade practices within the meaning of the Illinois Deceptive Trade Practices Act.  Sumeeko's conduct was wanton and willful and warrants an award of punitive damages.

5642330v1 821188
6275152v1 7048395

28.     As a direct and proximate result of Sumeeko's deceptive trade practices, HTI incurred damages in an amount in excess of $75,000, which represents the difference in the value of the Product shipped and the value of the Product if it had been as represented and certified by Sumeeko.

29.     In addition, HTI has incurred certain incidental and consequential damages, the exact amount of which will be proven at trial or judgement.

## PRAYER FOR RELIEF

WHEREFORE, HTI respectfully requests judgment against Sumeeko as follows:

A.      Compensatory damages in the amount of $1,147,747, plus prejudgment interest on said amount;

B.      Incidental and consequential damages in an amount which will be proven at trial;

C.      Punitive damages in an amount which will be proven at trial;

D.      Attorneys' fees and costs in an amount which will be proven at trial;

E.      Post-judgment interest; and

F.      Such other relief as the court deems proper.


HEADS AND THREADS INTERNATIONAL LLC


By_____ s/ Andrew B. Cripe _____
                  One of Its Attorneys


Andrew B. Cripe
Steven Klaczynski
HINSHAW & CULBERTSON LLP
222 North LaSalle Street

5642330v1 821188
6275152v1 7048395

Suite 300
Chicago, IL 60601
(312) 704-3000



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

| Ying Ming (Sumecko China) | Page | 4 |
| Area of Jiangsu Province | | |

PO number/date
4600604261 / 06/22/2005

| Item | Material | Order Qty. | Unit | Dimensions / Price / Unit | Description | Qty/Keg / Net Value |
|------|----------|-----------|------|---------------------------|-------------|---------------------|
| 1 | UHC515 | 720 | Keg | 5/8-11X1-1/2 | HX CAP GR5 | 200 |
| | | 144,000 | pieces | 72.70/1,000 | Delivery date 10/01/2006 | 10,468.80 |
| 2 | UHCC410ZD | 576 | Keg | 1/4-20X5/8 | HX CAP GR 5 ZD | 3000 |
| | | 1,728,000 | pieces | 7.06/1,000 | Delivery date 10/01/2006 | 12,199.68 |
| 3 | UHCC424Z | 108 | Keg | 1/4-20X1-1/2 | HX CAP GR 5 Z | 1600 |
| | | 172,800 | pieces | 11.94/1,000 | Delivery date 10/01/2006 | 2,063.23 |
| 4 | UHCC510ZD | 558 | Keg | 5/16-18X5/8 | HX CAP GR 5 ZD | 1800 |
| | | 1,004,400 | pieces | 11.68/1,000 | Delivery date 10/01/2006 | 11,731.39 |
| 5 | UHCC512ZD | 738 | Keg | 5/16-18X3/4 | HX CAP GR 5 ZD | 1650 |
| | | 1,217,700 | pieces | 12.76/1,000 | Delivery date 10/01/2006 | 15,537.85 |
| 6 | UHCC6112ZD | 108 | Keg | 3/8-16X7 | HX CAP GR 5 ZD | 150 |
| | | 16,200 | pieces | 115.32/1,000 | Delivery date 10/01/2006 | 1,868.18 |
| 7 | UHCC614ZD | 486 | Keg | 3/8-16X7/8 | HX CAP GR 5 ZD | 1000 |
| | | 486,000 | pieces | 17.37/1,000 | Delivery date 10/01/2006 | 8,441.82 |
| 8 | UHCC618ZD | 533 | Keg | 3/8-16X1-1/8 | HX CAP GR 5 ZD | 800 |
| | | 426,400 | pieces | 21.58/1,000 | Delivery date 10/01/2006 | 9,201.71 |
| 9 | UHCC624Z | 907 | Keg | 3/8-16X1-1/2 | HX CAP GR 5 Z | 675 |
| | | 612,225 | pieces | 24.82/1,000 | Delivery date 10/01/2006 | 15,195.42 |
| 10 | UHCC632ZD | 720 | Keg | 3/8-16X2 | HX CAP GR 5 ZD | 550 |
| | | 396,000 | pieces | 32.14/1,000 | Delivery date 10/01/2006 | 12,727.44 |
| 11 | UHCC636ZD | 882 | Keg | 3/8-16X2-1/4 | HX CAP GR 5 ZD | 450 |
| | | 396,900 | pieces | 39.55/1,000 | Delivery date 10/01/2006 | 15,697.40 |
| 12 | UHCC656ZD | 216 | Keg | 3/8-16X3-1/2 | HX CAP GR 5 ZD | 300 |
| | | 64,800 | pieces | 58.98/1,000 | Delivery date 10/01/2006 | 3,821.90 |
| 13 | UHCC744 | 486 | Keg | 7/16-14X2-3/4 | HX CAP GR 5 | 300 |
| | | 145,800 | pieces | 61.60/1,000 | Delivery date 10/01/2006 | 8,981.28 |
| 14 | UHCC836ZD | 918 | Keg | 1/2-13X2-1/4 | HX CAP GR 5 ZD | 225 |
| | | 206,550 | pieces | 66.07/1,000 | Delivery date 10/01/2006 | 13,646.76 |
| 15 | UHCF512ZD | 432 | Keg | 5/16-24X3/4 | HX CAP GR 5 ZD | 1650 |
| | | 712,800 | pieces | 12.51/1,000 | Delivery date 10/01/2006 | 8,917.13 |
| 16 | UHCF764ZD | 315 | Keg | 7/16-20X4 | HX CAP GR 5 ZD | 200 |
| | | 63,000 | pieces | 88.80/1,000 | Delivery date 10/01/2006 | 5,594.40 |



EXHIBIT

"A"



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

| Ying Ming (Sumecko China) | Page 5 |
|---|---|
| Area of Jiangsu Province | PO number/date<br>4600604261 / 06/22/2005 |

| Item | Material Order Qty. Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|
| 17 | UHCF820ZD<br>216 Keg<br>81,000 pieces | 1/2-20X1-1/4<br><br>46.20/1,000 | HX CAP GR 5 ZD<br><br>Delivery date 10/01/2006 | 375<br><br>3,742.20 |
| 18 | UHF52Z<br>463 Keg<br>81,025 pieces | 5/8-18X2<br><br>97.72/1,000 | HX CAP GR 5 Z<br><br>Delivery date 10/01/2006 | 175<br><br>7,917.76 |
| | Total pieces / pounds / kegs | 7,955,600 / | 358,301 / | 9382 |
| | Total net value excl. tax | | USD | 167,754.35 |

Begin to ship all material against this purchase order as soon as possible and complete before promised delivery date.

This order is placed with the mutual understanding between Heads & Threads and the Seller, that the Seller guarantees that the material is to be manufactured in accordance with U.S. Standards as defined above and in the 'Description of Heads & Threads Commodities' current listing.

Heads & Threads prior approval of samples, inspection by Heads & Threads representatives, or acceptance of delivery of this order, in no way relieves the Seller of the aforementioned understanding or the Seller's obligation to honor valid quality complaints.

Each Keg must have exact standard piece count. All kegs are sold as is.

Where Certificates of Compliance and Mill Certificates of Chemical Analysis are required, said certificates must be available at time of inspection and must be included with documents for payment. All Packing Lists and Invoices mailed to Heads & Threads must indicate -- Shipped against Purchase Order Number. This release is valid through Promised Ship date. During 30 day grace period after Promised Ship Date, advise Heads & Threads of any shipments not made against this Purchase Order Number and when delivery will be made. It is at Heads & Threads option whether to accept or cancel late delivery material.

Heads & Threads International LLC



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

| Ying Ming (Sumeeko China) Area of Jiangsu Province | Page 4 |
| --- | --- |
| | PO number/date 4601604106 / 07/15/2005 |

CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS ARE REQUIRED.
*

ALL SHIPMENTS ARE REQUIRED TO BE LABELED WITH HTI BAR CODE. A 10% VALUE WILL BE DEBITED IF HTI BAR CODES ARE NOT PRESENTED.
*

+/- 10% PRODUCT TOLERANCE, MUST MEET PACKAGE QUANTITY REQUIREMENTS.
*

MANDATORY: ALL MILL PURCHASE ORDERS MUST HAVE MANUFACTURER'S LOT NUMBER AND HEAT NUMBER (FOR GRADED MATERIAL) ON THE BOX LABELS.
*

| Item | Material | Order Qty. Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
| --- | --- | --- | --- | --- | --- |
| 1 | UHC325Z | 180 Keg 16,200 pieces | 3/4-10X2-1/2 195.03/1,000 | HX CAP GR 5 Z Delivery date 10/01/2005 | 90 3,159.49 |
| 2 | UHC325Z | 144 Keg 12,960 pieces | 3/4-10X2-1/2 195.03/1,000 | HX CAP GR 5 Z Delivery date 11/17/2005 | 90 2,527.59 |
| 3 | UHC33ZD | 612 Keg 48,960 pieces | 3/4-10X3 224.91/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 80 11,011.59 |
| 4 | UHC33ZD | 576 Keg 46,080 pieces | 3/4-10X3 224.91/1,000 | HX CAP GR 5 ZD Delivery date 10/17/2005 | 80 10,363.85 |
| 5 | UHC33ZD | 576 Keg 46,080 pieces | 3/4-10X3 224.91/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 80 10,363.85 |
| 6 | UHC515 | 504 Keg 100,800 pieces | 5/8-11X1-1/2 72.70/1,000 | HX CAP GR5 Delivery date 10/01/2005 | 200 7,328.16 |
| 7 | UHC515 | 6,412 Keg 1,282,400 pieces | 5/8-11X1-1/2 72.70/1,000 | HX CAP GR5 Delivery date 10/26/2005 | 200 93,230.48 |
| 8 | UHC515 | 504 Keg 100,800 pieces | 5/8-11X1-1/2 72.70/1,000 | HX CAP GR5 Delivery date 12/18/2005 | 200 7,328.16 |
| 9 | UHC515ZD | 1,296 Keg 259,200 pieces | 5/8-11X1-1/2 81.40/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 200 21,098.88 |
| 10 | UHC515ZD | 1,260 Keg 252,000 pieces | 5/8-11X1-1/2 81.40/1,000 | HX CAP GR 5 ZD Delivery date 10/17/2005 | 200 20,512.80 |
| 11 | UHC515ZD | 1,074 Keg 214,800 pieces | 5/8-11X1-1/2 81.40/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 200 17,484.72 |
| 12 | UHC5175 | 324 Keg 56,700 pieces | 5/8-11X1-3/4 80.65/1,000 | HX CAP GR5 Delivery date 10/01/2005 | 175 4,572.86 |

EXHIBIT "B"



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

Page 5

PO number/date
4601604106 / 07/15/2005

| Item | Material Order Qty. Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|
| 13 | UHC5175 411 Keg 71,925 pieces | 5/8-11X1-3/4 80.65/1,000 | HX CAP GR5 Delivery date 11/17/2005 | 175 5,800.75 |
| 14 | UHC54Z 327 Keg 29,430 pieces | 5/8-11X4 182.25/1,000 | HX CAP GR 5 Z Delivery date 10/01/2005 | 90 5,363.62 |
| 15 | UHC54Z 324 Keg 29,160 pieces | 5/8-11X4 182.25/1,000 | HX CAP GR 5 Z Delivery date 11/17/2005 | 90 5,314.41 |
| 16 | UHCC410ZD 432 Keg 1,296,000 pieces | 1/4-20X5/8 7.06/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 3000 9,149.76 |
| 17 | UHCC410ZD 360 Keg 1,080,000 pieces | 1/4-20X5/8 7.06/1,000 | HX CAP GR 5 ZD Delivery date 10/17/2005 | 3000 7,624.80 |
| 18 | UHCC410ZD 360 Keg 1,080,000 pieces | 1/4-20X5/8 7.06/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 3000 7,624.80 |
| 19 | UHCC412ZDV2 396 Keg 1,069,200 pieces | 1/4-20X3/4 7.77/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 2700 8,307.68 |
| 20 | UHCC412ZDV2 324 Keg 874,800 pieces | 1/4-20X3/4 7.77/1,000 | HX CAP GR 5 ZD Delivery date 11/17/2005 | 2700 6,797.20 |
| 21 | UHCC420ZD 72 Keg 136,800 pieces | 1/4-20X1-1/4 11.27/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 1900 1,541.74 |
| 22 | UHCC424ZD 216 Keg 345,600 pieces | 1/4-20X1-1/2 12.91/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 1600 4,461.70 |
| 23 | UHCC428ZD 107 Keg 149,800 pieces | 1/4-20X1-3/4 14.09/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 1400 2,110.68 |
| 24 | UHCC460ZD 214 Keg 107,000 pieces | 1/4-20X3-3/4 29.85/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 500 3,193.95 |
| 25 | UHCC510ZD 432 Keg 777,600 pieces | 5/16-18X5/8 11.68/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 1800 9,082.37 |
| 26 | UHCC510ZD 360 Keg 648,000 pieces | 5/16-18X5/8 11.68/1,000 | HX CAP GR 5 ZD Delivery date 10/17/2005 | 1800 7,568.64 |
| 27 | UHCC510ZD 360 Keg 648,000 pieces | 5/16-18X5/8 11.68/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 1800 7,568.64 |
| 28 | UHCC512ZD 576 Keg 950,400 pieces | 5/16-18X3/4 12.76/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 1650 12,127.10 |



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

| | |
|---|---|
| Ying Ming (Sumeeko China) Area of Jiangsu Province | Page 6 <br> PO number/date <br> 4601604106 / 07/15/2005 |

| Item | Material | Order Qty. | Unit | Dimensions | Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|---|---|---|
| 29 | UHCC512ZD | 540 891,000 | Keg pieces | 5/16-18X3/4 | 12.76/1,000 | HX CAP GR 5 ZD Delivery date 10/17/2005 | 1650 11,369.16 |
| 30 | UHCC512ZD | 504 831,600 | Keg pieces | 5/16-18X3/4 | 12.76/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 1650 10,611.22 |
| 31 | UHCC516ZD | 396 554,400 | Keg pieces | 5/16-18X1 | 13.62/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 1400 7,550.93 |
| 32 | UHCC516ZD | 360 504,000 | Keg pieces | 5/16-18X1 | 13.62/1,000 | HX CAP GR 5 ZD Delivery date 11/17/2005 | 1400 6,864.48 |
| 33 | UHCC516Z | 360 504,000 | Keg pieces | 5/16-18X1 | 13.22/1,000 | HX CAP GR 5 Z Delivery date 08/31/2005 | 1400 6,662.88 |
| 34 | UHCC516Z | 360 504,000 | Keg pieces | 5/16-18X1 | 13.22/1,000 | HX CAP GR 5 Z Delivery date 10/17/2005 | 1400 6,662.88 |
| 35 | UHCC516Z | 360 504,000 | Keg pieces | 5/16-18X1 | 13.22/1,000 | HX CAP GR 5 Z Delivery date 12/18/2005 | 1400 6,662.88 |
| 36 | UHCC520ZD | 324 356,400 | Keg pieces | 5/16-18X1-1/4 | 17.31/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 1100 6,169.28 |
| 37 | UHCC520ZD | 325 357,500 | Keg pieces | 5/16-18X1-1/4 | 17.31/1,000 | HX CAP GR 5 ZD Delivery date 11/17/2005 | 1100 6,188.33 |
| 38 | UHCC528ZD | 360 306,000 | Keg pieces | 5/16-18X1-3/4 | 22.44/1,000 | HX CAP GR 5 ZD Delivery date 08/31/2005 | 850 6,866.64 |
| 39 | UHCC528ZD | 323 274,550 | Keg pieces | 5/16-18X1-3/4 | 22.44/1,000 | HX CAP GR 5 ZD Delivery date 10/26/2005 | 850 6,160.90 |
| 40 | UHCC528ZD | 328 278,800 | Keg pieces | 5/16-18X1-3/4 | 22.44/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 850 6,256.27 |
| 41 | UHCC528Z | 432 367,200 | Keg pieces | 5/16-18X1-3/4 | 20.11/1,000 | HX CAP GR 5 Z Delivery date 08/31/2005 | 850 7,384.39 |
| 42 | UHCC528Z | 360 306,000 | Keg pieces | 5/16-18X1-3/4 | 20.11/1,000 | HX CAP GR 5 Z Delivery date 10/17/2005 | 850 6,153.66 |
| 43 | UHCC528Z | 288 244,800 | Keg pieces | 5/16-18X1-3/4 | 20.11/1,000 | HX CAP GR 5 Z Delivery date 12/18/2005 | 850 4,922.93 |
| 44 | UHCC532ZD | 324 259,200 | Keg pieces | 5/16-18X2 | 25.74/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 800 6,671.81 |



# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, Il, 60108
Phone:(630)868-2300

| Ying Ming (Sumeeko China) Area of Jiangsu Province | Page 7 |
|---|---|
| | PO number/date 4601604106 / 07/15/2005 |

| Item | Material Order Qty. Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|
| 45 | UHCC532ZD 288 Keg 230,400 pieces | 5/16-18X2 25.74/1,000 | HX CAP GR 5 ZD Delivery date 11/17/2005 | 800 5,930.50 |
| 46 | UHCC572ZV 432 Keg 129,600 pieces | 5/16-18X4-1/2 49.34/1,000 | HX CAP GR 5 Z Delivery date 10/01/2005 | 300 6,394.46 |
| 47 | UHCC572ZV 324 Keg 97,200 pieces | 5/16-18X4-1/2 49.34/1,000 | HX CAP GR 5 Z Delivery date 10/17/2005 | 300 4,795.85 |
| 48 | UHCC572ZV 324 Keg 97,200 pieces | 5/16-18X4-1/2 49.34/1,000 | HX CAP GR 5 Z Delivery date 12/18/2005 | 300 4,795.85 |
| 49 | UHCC6112Z 468 Keg 70,200 pieces | 3/8-16X7 115.32/1,000 | HX CAP GR 5 Z Delivery date 10/01/2005 | 150 8,095.46 |
| 50 | UHCC6112Z 396 Keg 59,400 pieces | 3/8-16X7 115.32/1,000 | HX CAP GR 5 Z Delivery date 11/17/2005 | 150 6,850.01 |
| 51 | UHCC6112ZD 252 Keg 37,800 pieces | 3/8-16X7 115.32/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 150 4,359.10 |
| 52 | UHCC612ZD 2,052 Keg 2,257,200 pieces | 3/8-16X3/4 16.99/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 1100 38,349.83 |
| 53 | UHCC612ZD 2,016 Keg 2,217,600 pieces | 3/8-16X3/4 16.99/1,000 | HX CAP GR 5 ZD Delivery date 10/17/2005 | 1100 37,677.02 |
| 54 | UHCC612ZD 1,908 Keg 2,098,800 pieces | 3/8-16X3/4 16.99/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 1100 35,658.61 |
| 55 | UHCC614ZD 360 Keg 360,000 pieces | 3/8-16X7/8 17.37/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 1000 6,253.20 |
| 56 | UHCC614ZD 468 Keg 468,000 pieces | 3/8-16X7/8 17.37/1,000 | HX CAP GR 5 ZD Delivery date 11/17/2005 | 1000 8,129.16 |
| 57 | UHCC616ZD 1,260 Keg 1,134,000 pieces | 3/8-16X1 18.36/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 900 20,820.24 |
| 58 | UHCC616ZD 1,224 Keg 1,101,600 pieces | 3/8-16X1 18.36/1,000 | HX CAP GR 5 ZD Delivery date 10/17/2005 | 900 20,225.38 |
| 59 | UHCC616ZD 1,224 Keg 1,101,600 pieces | 3/8-16X1 18.36/1,000 | HX CAP GR 5 ZD Delivery date 12/18/2005 | 900 20,225.38 |
| 60 | UHCC618ZD 648 Keg 518,400 pieces | 3/8-16X1-1/8 21.58/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 800 11,187.07 |



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

| Ying Ming (Sumeeko China)<br>Area of Jiangsu Province | Page        8 |
| --- | --- |
| | PO number/date<br>4601604106 / 07/15/2005 |

| Item | Material<br>Order Qty. Unit | Dimensions<br>Price / Unit | Description | Qty/Keg<br>Net Value |
| --- | --- | --- | --- | --- |
| 61 | UHCC618ZD<br>540  Keg<br>432,000  pieces | 3/8-16X1-1/8<br>21.58/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 800<br>9,322.56 |
| 62 | UHCC620ZD<br>1,404  Keg<br>1,123,200  pieces | 3/8-16X1-1/4<br>21.12/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 800<br>23,721.98 |
| 63 | UHCC620ZD<br>1,368  Keg<br>1,094,400  pieces | 3/8-16X1-1/4<br>21.12/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 800<br>23,113.73 |
| 64 | UHCC620Z<br>144  Keg<br>115,200  pieces | 3/8-16X1-1/4<br>20.51/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2005 | 800<br>2,362.75 |
| 65 | UHCC624Z<br>900  Keg<br>607,500  pieces | 3/8-16X1-1/2<br>24.82/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2005 | 675<br>15,078.15 |
| 66 | UHCC624Z<br>900  Keg<br>607,500  pieces | 3/8-16X1-1/2<br>24.82/1,000 | HX CAP GR 5 Z<br>Delivery date 11/17/2005 | 675<br>15,078.15 |
| 67 | UHCC624ZD<br>900  Keg<br>607,500  pieces | 3/8-16X1-1/2<br>24.09/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 675<br>14,634.68 |
| 68 | UHCC624ZD<br>900  Keg<br>607,500  pieces | 3/8-16X1-1/2<br>24.09/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 675<br>14,634.68 |
| 69 | UHCC628ZD<br>612  Keg<br>367,200  pieces | 3/8-16X1-3/4<br>30.05/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 600<br>11,034.36 |
| 70 | UHCC628ZD<br>612  Keg<br>367,200  pieces | 3/8-16X1-3/4<br>30.05/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 600<br>11,034.36 |
| 71 | UHCC632ZD<br>756  Keg<br>415,800  pieces | 3/8-16X2<br>32.14/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 550<br>13,363.81 |
| 72 | UHCC632ZD<br>720  Keg<br>396,000  pieces | 3/8-16X2<br>32.14/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 550<br>12,727.44 |
| 73 | UHCC636ZD<br>648  Keg<br>291,600  pieces | 3/8-16X2-1/4<br>39.55/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 450<br>11,532.78 |
| 74 | UHCC636ZD<br>576  Keg<br>259,200  pieces | 3/8-16X2-1/4<br>39.55/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/17/2005 | 450<br>10,251.36 |
| 75 | UHCC636ZD<br>576  Keg<br>259,200  pieces | 3/8-16X2-1/4<br>39.55/1,000 | HX CAP GR 5 ZD<br>Delivery date 12/18/2005 | 450<br>10,251.36 |
| 76 | UHCC648ZD<br>936  Keg<br>304,200  pieces | 3/8-16X3<br>44.41/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 325<br>13,509.52 |



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

| Ying Ming (Sumeeko China) | Page | 9 |
|---|---|---|
| Area of Jiangsu Province | PO number/date | |
| | 4601604106 / 07/15/2005 | |

| Item | Material | Order Qty. | Unit | Dimensions | Price / Unit | Description | Qty/Keg | Net Value |
|---|---|---|---|---|---|---|---|---|
| 77 | UHCC648ZD | | | 3/8-16X3 | | HX CAP GR 5 ZD | 325 | |
| | | 936 | Keg | | | | | |
| | | 304,200 | pieces | | 44.41/1,000 | Delivery date 10/17/2005 | | 13,509.52 |
| 78 | UHCC648ZD | | | 3/8-16X3 | | HX CAP GR 5 ZD | 325 | |
| | | 936 | Keg | | | | | |
| | | 304,200 | pieces | | 44.41/1,000 | Delivery date 12/18/2005 | | 13,509.52 |
| 79 | UHCC656ZD | | | 3/8-16X3-1/2 | | HX CAP GR 5 ZD | 300 | |
| | | 216 | Keg | | | | | |
| | | 64,800 | pieces | | 58.98/1,000 | Delivery date 10/01/2005 | | 3,821.90 |
| 80 | UHCC656ZD | | | 3/8-16X3-1/2 | | HX CAP GR 5 ZD | 300 | |
| | | 223 | Keg | | | | | |
| | | 66,900 | pieces | | 58.98/1,000 | Delivery date 11/17/2005 | | 3,945.76 |
| 81 | UHCC664ZD | | | 3/8-16X4 | | HX CAP GR 5 ZD | 250 | |
| | | 180 | Keg | | | | | |
| | | 45,000 | pieces | | 63.60/1,000 | Delivery date 10/01/2005 | | 2,862.00 |
| 82 | UHCC664ZD | | | 3/8-16X4 | | HX CAP GR 5 ZD | 250 | |
| | | 180 | Keg | | | | | |
| | | 45,000 | pieces | | 63.60/1,000 | Delivery date 11/17/2005 | | 2,862.00 |
| 83 | UHCC688ZD | | | 3/8-16X5-1/2 | | HX CAP GR 5 ZD | 175 | |
| | | 358 | Keg | | | | | |
| | | 62,650 | pieces | | 90.70/1,000 | Delivery date 10/01/2005 | | 5,682.36 |
| 84 | UHCC688ZD | | | 3/8-16X5-1/2 | | HX CAP GR 5 ZD | 175 | |
| | | 180 | Keg | | | | | |
| | | 31,500 | pieces | | 90.70/1,000 | Delivery date 11/17/2005 | | 2,857.05 |
| 85 | UHCC696Z | | | 3/8-16X6 | | HX CAP GR 5 Z | 175 | |
| | | 144 | Keg | | | | | |
| | | 25,200 | pieces | | 92.10/1,000 | Delivery date 10/01/2005 | | 2,320.92 |
| 86 | UHCC744 | | | 7/16-14X2-3/4 | | HX CAP GR 5 | 300 | |
| | | 324 | Keg | | | | | |
| | | 97,200 | pieces | | 61.60/1,000 | Delivery date 10/01/2005 | | 5,987.52 |
| 87 | UHCC744 | | | 7/16-14X2-3/4 | | HX CAP GR 5 | 300 | |
| | | 324 | Keg | | | | | |
| | | 97,200 | pieces | | 61.60/1,000 | Delivery date 10/17/2005 | | 5,987.52 |
| 88 | UHCC744 | | | 7/16-14X2-3/4 | | HX CAP GR 5 | 300 | |
| | | 324 | Keg | | | | | |
| | | 97,200 | pieces | | 61.60/1,000 | Delivery date 12/18/2005 | | 5,987.52 |
| 89 | UHCC764Z | | | 7/16-14X4 | | HX CAP GR 5 Z | 200 | |
| | | 360 | Keg | | | | | |
| | | 72,000 | pieces | | 87.94/1,000 | Delivery date 10/01/2005 | | 6,331.68 |
| 90 | UHCC764Z | | | 7/16-14X4 | | HX CAP GR 5 Z | 200 | |
| | | 288 | Keg | | | | | |
| | | 57,600 | pieces | | 87.94/1,000 | Delivery date 11/17/2005 | | 5,065.34 |
| 91 | UHCC816Z | | | 1/2-13X1 | | HX CAP GR 5 Z | 400 | |
| | | 828 | Keg | | | | | |
| | | 331,200 | pieces | | 36.81/1,000 | Delivery date 10/01/2005 | | 12,191.47 |
| 92 | UHCC820ZD | | | 1/2-13X1-1/4 | | HX CAP GR 5 ZD | 375 | |
| | | 4,176 | Keg | | | | | |
| | | 1,566,000 | pieces | | 42.23/1,000 | Delivery date 10/01/2005 | | 66,132.18 |

HTI
# HEADS & THREADS INTERNATIONAL LLC
255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

Ying Ming (Sumeeko China)
Area of Jiangsu Province

PO number/date
4601604106 / 07/15/2005

| Item | Material | Order Qty. Unit | Dimensions<br>Price / Unit | Description | Qty/Keg<br>Net Value |
|---|---|---|---|---|---|
| 93 | UHCC820ZD | 3,960 Keg<br>1,485,000 pieces | 1/2-13X1-1/4<br>42.23/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/17/2005 | 375<br>62,711.55 |
| 94 | UHCC820ZD | 3,960 Keg<br>1,485,000 pieces | 1/2-13X1-1/4<br>42.23/1,000 | HX CAP GR 5 ZD<br>Delivery date 12/18/2005 | 375<br>62,711.55 |
| 95 | UHCC824ZD | 2,340 Keg<br>702,000 pieces | 1/2-13X1-1/2<br>48.31/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 300<br>33,913.62 |
| 96 | UHCC824ZD | 2,378 Keg<br>713,400 pieces | 1/2-13X1-1/2<br>48.31/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/17/2005 | 300<br>34,464.35 |
| 97 | UHCC824ZD | 2,340 Keg<br>702,000 pieces | 1/2-13X1-1/2<br>48.31/1,000 | HX CAP GR 5 ZD<br>Delivery date 12/18/2005 | 300<br>33,913.62 |
| 98 | UHCC824Z | 216 Keg<br>64,800 pieces | 1/2-13X1-1/2<br>46.90/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2005 | 300<br>3,039.12 |
| 99 | UHCC828ZD | 1,118 Keg<br>307,450 pieces | 1/2-13X1-3/4<br>54.00/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 275<br>16,602.30 |
| 100 | UHCC828ZD | 1,080 Keg<br>297,000 pieces | 1/2-13X1-3/4<br>54.00/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 275<br>16,038.00 |
| 101 | UHCC832ZD | 72 Keg<br>18,000 pieces | 1/2-13X2<br>58.84/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 250<br>1,059.12 |
| 102 | UHCC832ZD | 396 Keg<br>99,000 pieces | 1/2-13X2<br>58.84/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/17/2005 | 250<br>5,825.16 |
| 103 | UHCC832ZD | 648 Keg<br>162,000 pieces | 1/2-13X2<br>58.84/1,000 | HX CAP GR 5 ZD<br>Delivery date 12/18/2005 | 250<br>9,532.08 |
| 104 | UHCC832Z | 594 Keg<br>148,500 pieces | 1/2-13X2<br>57.12/1,000 | HX CAP GR 5 Z<br>Delivery date 10/01/2005 | 250<br>8,482.32 |
| 105 | UHCC832Z | 576 Keg<br>144,000 pieces | 1/2-13X2<br>57.12/1,000 | HX CAP GR 5 Z<br>Delivery date 11/17/2005 | 250<br>8,225.28 |
| 106 | UHCC836ZD | 936 Keg<br>210,600 pieces | 1/2-13X2-1/4<br>66.07/1,000 | HX CAP GR 5 ZD<br>Delivery date 10/01/2005 | 225<br>13,914.34 |
| 107 | UHCC836ZD | 900 Keg<br>202,500 pieces | 1/2-13X2-1/4<br>66.07/1,000 | HX CAP GR 5 ZD<br>Delivery date 11/17/2005 | 225<br>13,379.18 |
| 108 | UHCC840 | 203 Keg<br>45,675 pieces | 1/2-13X2-1/2<br>66.49/1,000 | HX CAP GR 5<br>Delivery date 10/01/2005 | 225<br>3,036.93 |

# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300



| Ying Ming (Sumecko China) Area of Jiangsu Province | Page | 11 |
|---|---|---|

PO number/date
4601604106 / 07/15/2005

| Item | Material Order Qty. Unit | | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|---|
| 109 | UHCC840 | | 1/2-13X2-1/2 | HX CAP GR 5 | 225 |
| | 198 | Keg | | | |
| | 44,550 | pieces | 66.49/1,000 | Delivery date 11/17/2005 | 2,962.13 |
| 110 | UHCC840ZD | | 1/2-13X2-1/2 | HX CAP GR 5 ZD | 225 |
| | 396 | Keg | | | |
| | 89,100 | pieces | 70.09/1,000 | Delivery date 10/01/2005 | 6,245.02 |
| 111 | UHCC840ZD | | 1/2-13X2-1/2 | HX CAP GR 5 ZD | 225 |
| | 432 | Keg | | | |
| | 97,200 | pieces | 70.09/1,000 | Delivery date 10/17/2005 | 6,812.75 |
| 112 | UHCC840ZD | | 1/2-13X2-1/2 | HX CAP GR 5 ZD | 225 |
| | 396 | Keg | | | |
| | 89,100 | pieces | 70.09/1,000 | Delivery date 12/18/2005 | 6,245.02 |
| 113 | UHCC844ZD | | 1/2-13X2-3/4 | HX CAP GR 5 ZD | 200 |
| | 466 | Keg | | | |
| | 93,200 | pieces | 77.78/1,000 | Delivery date 10/01/2005 | 7,249.10 |
| 114 | UHCC844ZD | | 1/2-13X2-3/4 | HX CAP GR 5 ZD | 200 |
| | 432 | Keg | | | |
| | 86,400 | pieces | 77.78/1,000 | Delivery date 11/17/2005 | 6,720.19 |
| 115 | UHCC852ZD | | 1/2-13X3-1/4 | HX CAP GR 5 ZD | 175 |
| | 360 | Keg | | | |
| | 63,000 | pieces | 89.73/1,000 | Delivery date 10/01/2005 | 5,652.99 |
| 116 | UHCC852ZD | | 1/2-13X3-1/4 | HX CAP GR 5 ZD | 175 |
| | 322 | Keg | | | |
| | 56,350 | pieces | 89.73/1,000 | Delivery date 11/17/2005 | 5,056.29 |
| 117 | UHCC888ZD | | 1/2-13X5-1/2 | HX CAP GR 5 ZD | 100 |
| | 324 | Keg | | | |
| | 32,400 | pieces | 162.28/1,000 | Delivery date 10/01/2005 | 5,257.87 |
| 118 | UHCF512ZD | | 5/16-24X3/4 | HX CAP GR 5 ZD | 1650 |
| | 468 | Keg | | | |
| | 772,200 | pieces | 12.51/1,000 | Delivery date 10/01/2005 | 9,660.22 |
| 119 | UHCF512ZD | | 5/16-24X3/4 | HX CAP GR 5 ZD | 1650 |
| | 432 | Keg | | | |
| | 712,800 | pieces | 12.51/1,000 | Delivery date 11/17/2005 | 8,917.13 |
| 120 | UHCF720ZD | | 7/16-20X1-1/4 | HX CAP GR 5 ZD | 550 |
| | 284 | Keg | | | |
| | 156,200 | pieces | 34.67/1,000 | Delivery date 10/01/2005 | 5,415.45 |
| 121 | UHCF752 | | 7/16-20X3-1/4 | HX CAP GR 5 | 250 |
| | 486 | Keg | | | |
| | 121,500 | pieces | 65.34/1,000 | Delivery date 10/01/2005 | 7,938.81 |
| 122 | UHCF752 | | 7/16-20X3-1/4 | HX CAP GR 5 | 250 |
| | 468 | Keg | | | |
| | 117,000 | pieces | 65.34/1,000 | Delivery date 11/17/2005 | 7,644.78 |
| 123 | UHCF764ZD | | 7/16-20X4 | HX CAP GR 5 ZD | 200 |
| | 324 | Keg | | | |
| | 64,800 | pieces | 88.80/1,000 | Delivery date 10/01/2005 | 5,754.24 |
| 124 | UHCF764ZD | | 7/16-20X4 | HX CAP GR 5 ZD | 200 |
| | 324 | Keg | | | |
| | 64,800 | pieces | 88.80/1,000 | Delivery date 11/17/2005 | 5,754.24 |



# HEADS & THREADS INTERNATIONAL LLC

255 East Lake Street, Bloomingdale, IL 60108
Phone:(630)868-2300

| | | |
|---|---|---|
| Ying Ming (Sumeeko China) Area of Jiangsu Province | Page | 12 |
| | PO number/date 4601604106 / 07/15/2005 | |

| Item | Material Order Qty. Unit | Dimensions Price / Unit | Description | Qty/Keg Net Value |
|---|---|---|---|---|
| 125 | UHCF820ZD 428 Keg 160,500 pieces | 1/2-20X1-1/4 46.20/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 375 7,415.10 |
| 126 | UHCF828ZD 468 Keg 128,700 pieces | 1/2-20X1-3/4 59.08/1,000 | HX CAP GR 5 ZD Delivery date 10/01/2005 | 275 7,603.60 |
| 127 | UHF515 108 Keg 21,600 pieces | 5/8-18X1-1/2 79.53/1,000 | HX CAP GR 5 Delivery date 10/01/2005 | 200 1,717.85 |
| 128 | UHF515Z 288 Keg 57,600 pieces | 5/8-18X1-1/2 86.45/1,000 | HX CAP GR 5 Z Delivery date 10/01/2005 | 200 4,979.52 |
| 129 | UHF515Z 288 Keg 57,600 pieces | 5/8-18X1-1/2 86.45/1,000 | HX CAP GR 5 Z Delivery date 11/17/2005 | 200 4,979.52 |
| 130 | UHF5175Z 468 Keg 81,900 pieces | 5/8-18X1-3/4 88.52/1,000 | HX CAP GR 5 Z Delivery date 10/01/2005 | 175 7,249.79 |
| 131 | UHF5175Z 407 Keg 71,225 pieces | 5/8-18X1-3/4 88.52/1,000 | HX CAP GR 5 Z Delivery date 10/17/2005 | 175 6,304.84 |
| 132 | UHF5175Z 432 Keg 75,600 pieces | 5/8-18X1-3/4 88.52/1,000 | HX CAP GR 5 Z Delivery date 12/18/2005 | 175 6,692.11 |
| 133 | UHF52Z 465 Keg 81,375 pieces | 5/8-18X2 97.72/1,000 | HX CAP GR 5 Z Delivery date 10/01/2005 | 175 7,951.97 |
| 134 | UHF52Z 468 Keg 81,900 pieces | 5/8-18X2 97.72/1,000 | HX CAP GR 5 Z Delivery date 11/17/2005 | 175 8,003.27 |
| 135 | UHF545 180 Keg 14,400 pieces | 5/8-18X4-1/2 189.65/1,000 | HX CAP GR 5 Delivery date 10/01/2005 | 80 2,730.96 |
| **Total pieces / pounds / kegs** | | 52,156,120 / 3,471,252 / | | 92619 |
| **Total net value excl. tax** | | | USD | 1,531,995.24 |

Begin to ship all material against this purchase order as soon as possible and complete before promised delivery date.

This order is placed with the mutual understanding between Heads & Threads and the Seller, that the Seller guarantees that the material is to be manufactured in accordance with U.S. Standards as defined above and in the 'Description of Heads & Threads Commodities' current listing.

Heads & Threads prior approval of samples, inspection by Heads & Threads representatives, or acceptance of delivery of this order, in no way relieves the Seller of the aforementioned understanding or the Seller's obligation to honor valid quality complaints.

Each Keg must have exact standard piece count. All kegs are sold as is.

Where Certificates of Compliance and Mill Certificates of Chemical Analysis are required, said certificates must be available at time of inspection and must be included with documents for payment. All Packing Lists and Invoices mailed to Heads & Threads must indicate -- Shipped against Purchase Order Number. This release is valid through Promised Ship date. During 30 day grace period after Promised Ship Date, advise Heads & Threads of any shipments not made against this Purchase Order Number and when delivery will be made. It is at Heads & Threads option whether to accept or cancel late delivery material.

Heads & Threads International LLC

# HEADS & THREADS INTERNATIONAL LLC
## DESCRIPTION OF COMMODITIES

| Index Part Number | Standard Description |
|---|---|
| XCC4 6. | HEX CAP SCREWS - SAE J429 - GRADE 2 - WITH MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1. |
| XCC4 6Z. | HEX CAP SCREWS - SAE J429 - GRADE 2 - WITH MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1. - ZINC PLATED. |
| FCC8 16. | CAP SCREWS - SLOTTED FLAT COUNTERSUNK- SAE J429 - GRADE 2 - WITH MANUFACTURERS SYMBOL - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.6.2. |
| SCC4 8. | HEX CAP SCREWS - STAINLESS STEEL 18-8 PASSIVATED - ASTM F593, 304 - WITH GRADE MARKING OF F593C FOR 1/4" THRU 5/8" DIA AND F593D FOR 3/4" DIA AND LARGER - MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO B18.2.1. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| S3CC4 8. | HEX CAP SCREWS - 316 STAINLESS STEEL – PASSIVATED - ASTM F593 - WITH GRADE MARKING OF F593G FOR 1/4" THRU 5/8" DIA AND F593H FOR 3/4" DIA AND LARGER - MANUFACTURERS SYMBOL - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO B18.2.1. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| HCC4 6. | HEX CAP SCREWS - SAE J429 - GRADE 5 - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| HCC4 6Z. | HEX CAP SCREWS - SAE J429 - GRADE 5 - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART - ZINC PLATED. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| HCC4 20ZD. | HEX CAP SCREWS - SAE J429 - GRADE 5 - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART - ZINC DICHROMATE PLATED. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| UHCC4 10. | HEX CAP SCREWS - SAE J429 - GRADE 5 - CHINA - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |
| UHCC4 10Z. | HEX CAP SCREWS - SAE J429 - GRADE 5 - CHINA - HEAT TREATED - WASHER FACE - STANDARD THREADING, IFI 1965 - FULL SIZE BODY - MFD TO ANSI B18.2.1 - HEAD MARKINGS: MANUFACTURERS SYMBOL AND 3 RADIAL LINES 120 DEGREES APART - ZINC PLATED. CERTIFICATES OF COMPLIANCE AND MILL CERTIFICATES OF CHEMICAL ANALYSIS TO BE FURNISHED WITH EACH SHIPMENT. |