## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Heads and Threads International LLC

                              Plaintiff,

v.                                              Case No.: 1:08−cv−00487

                                                            Honorable James F. Holderman

Sumeeko Industries Co., Ltd.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge James F. Holderman : Plaintiff Heads and Threads International LLC's motion for issuance of Letters Rogatory to Taiwanese Judicial Authority [8] is granted. (Issued 3 certified copies of Letters Rogatory in English and 3 certified copies of Letters Rogatory in Taiwanese) Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.