UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEADS and THREADS INTERNATIONAL, LLC )<br>)<br>Plaintiff,  )<br>)<br>v.                              )<br>)<br>SUMEEKO INDUSTRIES, CO., LTD.      )<br>)<br>Defendant.  ) | Case No.: 08-CV-00487<br><br>Judge James F. Holderman<br>Magistrate Judge Arlander Keys |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, HEADS AND THREADS INTERNATIONAL, LLC ("HTI"), and by and through its undersigned counsel, and respectfully submits its Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1). In support thereof, HTI states as follows:

1. The parties have entered into a settlement agreement resolving the claims at issue;

2. The parties have agreed to dismissal of this case in its entirety, with prejudice and with each side to bear its own costs; and

3. This matter can be voluntarily dismissed upon this Voluntary Notice of Dismissal pursuant to F.R.C.P. 41(a)(1) because it is being filed by the plaintiff before the filing of an answer or motion for summary judgement by the defendant.

WHEREFORE, HTI voluntarily dismisses this case in its entirety, with prejudice, and with each side to bear its own costs and respectfully requests that the Court enter any order or docket entry necessary to effectuate this dismissal.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: ___/s/ Andrew B. Cripe_____
Attorney for Heads &
Threads International, LLC

Andrew B. Cripe, Esq.
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000