IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HEADS and THREADS INTERNATIONAL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08-CV-00487 |
| v. | ) | |
| | ) | Judge James F. Holderman |
| SUMEEKO INDUSTRIES, CO., LTD. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO: Anthony S. DiVincenzo, Esq.
DiVincenzo, Schoenfield, Swartzman
33 N. LaSalle St., 29th Flr.
Chicago, IL 60602

PLEASE TAKE NOTICE THAT on September 12, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **NOTICE OF VOLUNTARY DISMISSAL,** a copy of which is herewith served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


By:   /s/Andrew B. Cripe
       Attorney for Heads & Threads,
       International LLC

Andrew B. Cripe, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000

6361551v1 60104

```
STATE OF ILLINOIS    )
                     )   SS:
COUNTY OF C O O K    )
```

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I filed this Notice and document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the counsel of record listed above.

                                          /s/Andrew B. Cripe

6361551v1 60104